DAVID E. KLEINFELD (SBN 110734)
dkleinfeld@foley.com
FOLEY & LARDNER LLP
11250 El Camino Real, Suite 200
San Diego, California 92130
Tel: 858.847.6700
Fax: 858.792.6773

ROBERT S. WEISBEIN (pro hac vice)
rweisbein@foley.com
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
Tel: 212.682.7474
Fax: 212.687.2329

Attorneys for Defendants Sara Lee Corporation,
Sara Lee Bakery Group, Inc., and
Earthgrains Baking Companies, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BBU, INC., BIMBO BAKERIES USA, INC., ARNOLD PRODUCTS, INC., ARNOLD SALES COMPANY, INC., and ARNOLD FOODS COMPANY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SARA LEE CORPORATION, SARA LEE BAKERY GROUP, INC. EARTHGRAINS BAKING COMPANIES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No: 09-CV-1787-DMS (RBB)<br><br>**DECLARATION OF ROBERT WEISBEIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Dana M. Sabraw<br>Hearing Date: September 11, 2009<br>Time: 1:30 p.m.<br>Courtroom: 10 |

## DECLARATION OF ROBERT WEISBEIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Robert Weisbein, declare as follows:

1. I am an attorney with the law firm of Foley & Lardner LLP, counsel of record for Defendants Sara Lee Corporation, Sara Lee Bakery Group, Inc., EarthGrains Baking Companies, Inc. (collectively "Sara Lee") in this matter adverse to Plaintiffs BBU, Inc., Bimbo Bakeries USA, Inc., Arnold Products, Inc., Arnold Sales Company, Inc., and Arnold Foods Company, Inc. (collectively "Arnold"). I make this declaration based on my own personal knowledge. I could and would competently testify thereto if called as a witness in this matter.

2. Having read Arnold's Complaint and the demand letter dated August 17, 2009, I called counsel for Arnold, Lisa Martens, on the morning of August 20, 2009. During the course of our conversation I informed Ms. Martens that Sara Lee was not using the phrase "Sandwich Thins" on the EARTHGRAINS product package in dispute or on any of the consumer advertising and promotional materials, but only the term "Thins."

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 31, 2009

Robert Weisbein

CASE NO. 09-CV-1787-DMS (RBB)

NYC_629747.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing documents has been served on August 31, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

/s/ _____
David E. Kleinfeld