# RODRIGUEZ EXHIBITS 1-8

**RODRIGUEZ**
**EXHIBIT 1**

Sara Lee (NYSE: SLE)    Stock Quote:   $9.79  Change :  + 0.02          Sara Lee Home      FAQs      Contact Us      Search  [          ] [GO]



About Sara Lee      The Sara Lee Brand      Our Brands      Investor Relations      News      Careers

## About Sara Lee

Our Mission

Board of Directors

Management Team

Corporate Governance

Global Business Practices

Sustainability

The Sara Lee Heritage

Community Investment

Sara Lee Worldwide

Our Timeline

Based in Downers Grove, Ill., Sara Lee Corporation is a global manufacturer and marketer of high-quality, brand-name products for consumers throughout the world. Our businesses are:

- Fresh Bakery
- North American Retail
- Foodservice
- International Beverage
- International Bakery
- International Household and Body Care

Sara Lee Corporation's leading brands are household names known around the globe. Our preeminent brands are built on consumer needs and expectations, offering exceptional quality and value. Our brands include *Ambi Pur, Ball Park, Douwe Egberts, Hillshire Farm, Jimmy Dean, Kiwi, Sanex, Senseo* and our namesake, *Sara Lee*.

Sara Lee Corporation builds and maintains leadership positions through innovation and responsiveness. Some of our brands are decades - or even centuries - old, and many are leaders in their respective categories. For more information about our brands, go to the Our Brands section of this Web site.

### Financial Information

Sara Lee Corporation stock is listed under the symbol SLE on the New York and Chicago stock exchanges. The stock is also traded on the London exchange. Options are traded on the American Stock Exchange. The corporation's daily trading activity, stock price and dividend information are in the financial sections of most major newspapers. Quarterly earnings reports and related news can be found in the Investors section of this Web site.



...poration                                        Sara Lee Worldwide      Legal Statement      Business Partners      Privacy Policy      Site Map

Exhibit 1 000001

http://www.saralee.com/AboutSaraLee.aspx                                                                        8/28/2009

**RODRIGUEZ
EXHIBIT 2**

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 3,576,880

Registered Feb. 17, 2009

### TRADEMARK
### PRINCIPAL REGISTER

# EARTHGRAINS

SARA LEE BAKERY GROUP, INC. (DELAWARE CORPORATION)

3500 LACEY ROAD

DOWNERS GROVE, IL 60515

FOR: BAKERY PRODUCTS, NAMELY, BREAD, BUNS AND ROLLS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 1-23-1975; IN COMMERCE 1-23-1975.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,028,835, 1,110,637, AND OTHERS.

SN 77-135,863, FILED 3-20-2007.

THEODORE MCBRIDE, EXAMINING ATTORNEY

Exhibit 2 000002

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2009-08-26 17:51:04 ET

**Serial Number:** 77135863 Assignment Information     Trademark Document Retrieval

**Registration Number:** 3576880

**Mark**

# EARTHGRAINS

**(words only):** EARTHGRAINS

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2009-02-17

**Filing Date:** 2007-03-20

**Transformed into a National Application:** No

**Registration Date:** 2009-02-17

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2009-01-13

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Sara Lee Bakery Group, Inc.

**Address:**
Sara Lee Bakery Group, Inc.
3500 Lacey Road

Exhibit 2 000003
8/26/2009

http://tarr.uspto.gov/tarr?regser=serial&entry=77135863

Downers Grove, IL 60515
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware
**Phone Number:** 630-598-6402
**Fax Number:** 630-598-7333

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active
Bakery products, namely, bread, buns and rolls
**Basis:** 1(a)
**First Use Date:** 1975-01-23
**First Use in Commerce Date:** 1975-01-23

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1028835
1057848
1110637

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2009-02-17 - Registered - Principal Register

2009-01-13 - Law Office Registration Review Completed

2009-01-12 - Allowed for Registration - Principal Register (SOU accepted)

2008-12-23 - Statement of use processing complete

2008-12-10 - Amendment to Use filed

2008-12-23 - Extension 1 granted

2008-12-10 - Extension 1 filed

2008-12-23 - Case Assigned To Intent To Use Paralegal

Exhibit 2 000004
8/26/2009

2008-12-10 - TEAS Extension Received

2008-12-10 - TEAS Statement of Use Received

2008-06-10 - Noa Mailed - SOU Required From Applicant

2008-03-18 - Published for opposition

2008-02-27 - Notice of publication

2008-02-10 - Law Office Publication Review Completed

2008-02-09 - Assigned To LIE

2008-01-05 - Approved for Pub - Principal Register (Initial exam)

2007-12-27 - Teas/Email Correspondence Entered

2007-12-27 - Communication received from applicant

2007-12-27 - TEAS Response to Office Action Received

2007-06-27 - Notification Of Non-Final Action E-Mailed

2007-06-27 - Non-final action e-mailed

2007-06-27 - Non-Final Action Written

2007-06-27 - Assigned To Examiner

2007-03-24 - Notice Of Pseudo Mark Mailed

2007-03-23 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Mary Margaret Murray

**Correspondent**
MARY MARGARET MURRAY
SARA LEE CORPORATION
3500 LACEY RD
DOWNERS GROVE, IL 60515-5422
Phone Number: 630-598-6402
Fax Number: 630-598-7333

---

Exhibit 2 000005

**RODRIGUEZ**
**EXHIBIT 3**



Exhibit 3 000006

# Products

## 100% Natural

EarthGrains® 100% Natural Breads are delicious and naturally nutritious, the way bread should be. Our breads are baked fresh with only the finest 100% natural ingredients, they contain no artificial colors, flavors or preservatives, and have 0g trans fat.

We believe that a grain kept best is a grain kept whole, which is why our EarthGrains 100% breads are an excellent source of whole grains and fiber.

## Double Fiber

EarthGrains® Double Fiber Breads have twice the fiber of wheat

Exhibit 3 000007

bread for digestive health. They are packed full of essential nutrients like calcium for stronger bones and teeth and vitamin D to help maximize the absorption of calcium.

We believe that it is not always about what you put into product, but also about what you leave out. That's why EarthGrains® Double Fiber Bread has no artificial flavors, no artificial colors, and 0 grams of trans fat.

Our taste and texture never waiver because we know a grain kept best is a grain kept whole.



Exhibit 3 000008

8/28/2009

# Environment

At EarthGrains® we care about the earth so much, it's in our name. We are endlessly committed to protecting and nurturing the fertile grounds that allow our grains to grow healthy and tall. Here are some simple things you can do right now to be good to the earth:

Keep a stocked fridge to save on energy
Ditch snack bags for reusable containers
Use a BPA-free thermos instead of throwing away water bottles
Keep a hot or cold beverage mug at your desk instead of using disposable cups
Support brands that have relationships with credible environmental organizations
Store and carry sandwiches in reusable containers rather than plastic bags
Plan for leftovers! Make larger portions at dinner and pack leftovers for lunch the following day
Buy from bulk bins to save money and cut down on packaging
Stock up on foods you eat frequently to minimize trips to the grocery store

Just a few earth-minded changes can make a big difference in protecting the earth and our environment.



**Eat 100%**
**Live 100%**
100% Whole Grains

Exhibit 3 000009
8/28/2009

# Why Whole Grains?

Whole grains are grains that have not been refined. They are left intact, as nature intended, so they retain all the naturally-occurring vitamins, minerals and fiber that refined grains lose in the milling process. To be sure you are eating whole grains, look for the word "whole" in the first two ingredients listed.

**What are the benefits of Whole Grains?**

In addition to being nutrient-rich, whole grains have been shown to contribute to weight management, improved gastrointestinal health, and maintenance of healthy blood glucose levels. Eating whole grains has also been linked to reduced risk of heart disease and some types of cancer.

**Eat 100% Live 100%**

100% Whole Grains



Exhibit 3 000010

8/28/2009



Exhibit 3 000011



Exhibit 3 000012

**RODRIGUEZ**
**EXHIBIT 4**



Printed August 28, 2009

Exhibit 4 000013

# EARTHGRAINS

Born in the earth and raised in the sun, our grains enjoy life's most simple pleasures; a warm sky that presses down gently, the timely breeze that shakes them cool, and a refreshing rinse in one of the world's most sustaining elements, rainwater. This nature-nurtured process is the foundation of how we create every single whole grain product in our family. We didn't invent the method, but we sure work hard on perfecting it.

That's why our natural breads contain 0g trans fat, no artificial colors, flavors or preservatives. Sometimes it's not what you put in, but what you leave out. And our taste and texture, they never waiver because we know a grain kept best, is a grain kept whole. This timeless practice lends so much to our taste that we are endlessly committed to protecting and nurturing the fertile grounds where our grains grow tall.



The Nature Conservancy

Protecting nature. Preserving life.™

EarthGrains is a proud supporter of The Nature Conservancy's efforts to preserve and protect our natural habitats. Over the next year, we'll give $100,000 in support of their mission to protect our world's lands and waters.

**We care about the earth so much, it's in our name.**

Exhibit 4 000014

**RODRIGUEZ
EXHIBIT 5**



## About Us
Arnold History

- ▸ Arnold History
- Our Products
- Contact Us
- Distributorship Opportunities
- Bimbo Bakeries USA

Arnold Bread is a love story in baking. In March 1940, in a brick oven at the rear of a small house in Stamford, Connecticut, Dean and Betty Arnold baked the first two-dozen loaves of Arnold bread. Placing their trust in superior ingredients, unbleached spring wheat flour, honey, butter and eggs, they developed the compact, golden rich bread that would soon become a leading premium bread with an international reputation.

Ironically, Mr. Arnold established a baking business of his own because of a serious allergy to flour. After graduating from Columbia University, he worked for a large baking company until his allergies grew too severe to continue. In January 1940 with only $600 in severance pay, he and his wife, Betty, moved in with his uncle on a farm in Armonk, New York, and the love for baking began.

Always believing there was a need for a better loaf of bread, Dean and Betty took their unique recipe and stoked up their first brick oven. Soon, the whole family was involved as relatives helped to slice, wrap and hand deliver the bread from house to house. By 1941, business was booming and the bakery needed to expand. Though he didn't have a financial statement, Dean was granted a bank loan on the taste of his bread alone and moved the bakery to Port Chester, New York.

Before long, the Arnolds were able to continue this growth. While vacationing in Florida in the 1950s, Dean and Betty heard complaints from relocated New Yorkers that they were not able to get quality premium bread like Arnold. So in 1959, the Arnolds took over a 24,000 square foot plant in Riviera Beach, Florida and brought their premium bread to the sunshine state.

In the sixties, they built the largest bakery under one roof in the world in Greenwich, Connecticut, with the largest brick oven anywhere. In 1971, Dean Arnold retired, but his famous recipes for premium bread live on.

Today, Arnold is a part of Bimbo Bakeries USA and the love of baking continues.

Exhibit 5 000015
8/27/2009



 Top of Page

Visit Other Brands        BROWNBERRY Stroehmann

© 2009 Bimbo Bakeries USA     FAQs | Legal Statement | Privacy Policy | Your California Privacy Rights | Contact Us

Exhibit 5 000016

**RODRIGUEZ**
**EXHIBIT 6**



Where can I find my favorite Arnold's product? | Zip Code

Site Search:

Keyword | Product Search

## Our Products

- Sliced Breads
- ▸ Buns and Rolls
- Croutons
- Stuffing



### Buns and Rolls

Please select a product below for more information.

| Select: | UPC: |
| --- | --- |
| › Arnold Select Dinner Rolls | 7341011605 |
| › Arnold Select Multigrain Kaiser Rolls - 8 Pack | 7341013627 |
| › Arnold Select New England Frank Rolls | 7341016400 |
| › Arnold Select Onion Sandwich Rolls - 8 Pack | 7341013310 |
| › Arnold Select Potato Hot Dog Rolls - 8 Pack | 7341011351 |
| › Arnold Select Potato Sandwich Rolls - 8 Pack | 7341013542 |
| › Arnold Select Wheat Hot Dog Rolls | 7341013558 |
| › Arnold Select Wheat Sandwich Rolls | 7341013554 |
| › Arnold Select White Hamburger Rolls | 7341016300 |
| › Arnold Select White Hot Dog Rolls | 7341016332 |
| › Arnold Select White Seeded Sandwich Buns | 7341016305 |

Exhibit 6 000017





Visit Other
Brands

      

© 2009 Bimbo Bakeries USA

FAQs | Legal Statement | Privacy Policy | Your California Privacy Rights | Contact Us



Exhibit 6 000019



Exhibit 6 000020



Exhibit 6 000021

**RODRIGUEZ**
**EXHIBIT 7**



Exhibit 7 000022



Exhibit 7



## Nutrition Facts

Serving Size 1 roll (43g)
Servings Per Container 8

**Amount Per Serving**

Calories 100      Daily Value*

| | % Daily Value* |
|---|---|
| Total Fat 1g | 2% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 230mg | 10% |
| Total Carbohydrate 22g | 7% |
| Dietary Fiber 5g | 20% |
| Sugars 2g | |
| Protein 4g | |

| | | | |
|---|---|---|---|
| Vitamin A 0% | • | Vitamin C 0% | |
| Calcium 4% | • | Iron 6% | |
| Thiamin 8% | • | Riboflavin 4% | |
| Niacin 4% | • | Folic Acid 8% | |

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | | Calories | 2,000 | 2,500 |
|---|---|---|---|---|
| | | | | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

**INGREDIENTS: UNBLEACHED ENRICHED WHEAT FLOUR (FLOUR, MALTED BARLEY FLOUR, REDUCED IRON, NIACIN, THIAMIN MONONITRATE (VITAMIN B1), RIBOFLAVIN (VITAMIN B2), FOLIC ACID), WATER, WHOLE WHITE WHEAT FLOUR, CELLULOSE FIBER, WHEAT GLUTEN, POLYDEXTROSE, YEAST, SUGAR, SALT, CANOLA OIL, PRESERVATIVES (CALCIUM PROPIONATE, SORBIC ACID), CULTURED WHEAT FLOUR, GUAR GUM, MONOGLYCERIDES, CITRIC ACID, SODIUM STEAROYL LACTYLATE, SUCRALOSE, SOY LECITHIN, SOY FLOUR.**

We are committed to providing you with quality products and welcome your questions and comments. Call 1-800-984-0989, Consumer Relations Department

ARNOLD FOODS COMPANY, INC.
HORSHAM, PA 19044
www.arnoldbakery.com
ARNOLD, the Wheat Device, SELECT and SANDWICH THINS are trademarks of Arnold Products, Inc.
©2008. All rights reserved.
CT LIC. #4539  ARS-7050-02  R8010

### ARNOLD SELECT

0 73410 11617 3

PROOF-OF-PURCHASE

## 8 PRE-SLICED
# Sandwich Thins™
### WHOLE GRAIN WHITE

**Great for Grilling & Toasting!**

**Also try Multi-Grain**



**RODRIGUEZ
EXHIBIT 8**

**Int. Cl.: 30**

**Prior U.S. Cl.: 46**

**United States Patent and Trademark Office**

Reg. No. 3,637,950

Registered June 16, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# SANDWICH THINS

ARNOLD PRODUCTS, INC. (DELAWARE COR-
PORATION)
300 W. NORTH AVENUE
NORTHLAKE, IL 60164

FOR: BREAD, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-31-2008; IN COMMERCE 3-31-2008.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SANDWICH", APART FROM THE
MARK AS SHOWN.

SER. NO. 77-501,818, FILED 6-18-2008.

ESTHER A. BORSUK, EXAMINING ATTORNEY

Exhibit 8 000026

Side - 1

|  | **NOTICE OF PUBLICATION UNDER §12(a)**<br>**MAILING DATE: Mar 11, 2009**<br>**PUBLICATION DATE:  Mar 31, 2009** |
|---|---|

The mark identified below will be published in the Official Gazette on Mar 31, 2009.  Any party who believes they will be damaged by registration of the mark may oppose its registration by filing an opposition to registration or a request to extend the time to oppose within thirty (30) days from the publication date on this notice.  If no opposition is filed within the time specified by law, the USPTO may issue a Certificate of Registration.To view the Official Gazette online or to order a paper copy, visit the USPTO website at http://www.uspto.gov/web/trademarks/tmog/ any time within the five-week period after the date of publication.  You may also order a printed version from the U.S. Government Printing Office (GPO) at http://bookstore.gpo.gov or 202-512-1800.  To check the status of your application, go to http://tarr.uspto.gov/.

**SERIAL NUMBER:**   **77501818**

**MARK:**                      **SANDWICH THINS**

**OWNER:**                   **Arnold Products, Inc.**

Side - 2

| UNITED STATES PATENT AND TRADEMARK OFFICE<br>COMMISSIONER FOR TRADEMARKS<br>P.O. BOX 1451<br>ALEXANDRIA, VA  22313-1451 | FIRST-CLASS<br>MAIL<br>U.S POSTAGE<br>PAID |
|---|---|

Russell N. Rippamonti
Fish & Richardson P.C.
P.O. Box 1022
Minneapolis, MN   55440-1022

Exhibit 8 000027

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77501818 | FILING DATE | 06/18/2008 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BORSUK, ESTHER A | L.O. ASSIGNED | 112 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 02/25/2009 |
| PUB DATE | 03/31/2009 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 02/24/2009 |
| LITERAL MARK ELEMENT | SANDWICH THINS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| | |

Exhibit 8 000028

| LITERAL MARK ELEMENT | SANDWICH THINS |
|---|---|
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Arnold Products, Inc. |
| ADDRESS | 300 W. North Avenue<br>Northlake, IL 60164 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 030 |
|---|---|
| DESCRIPTION TEXT | Bread |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 030 | FIRST USE DATE | 03/31/2008 | FIRST USE IN COMMERCE DATE | 03/31/2008 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "SANDWICH" |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 02/24/2009 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 012 |
| 02/24/2009 | ALIE | A | ASSIGNED TO LIE | 011 |
| 02/19/2009 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 010 |
| 02/18/2009 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 02/17/2009 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 02/17/2009 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 02/11/2009 | ARAA | I | ATTORNEY REVOKED AND/OR APPOINTED | 006 |
| 02/11/2009 | REAP | I | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | 005 |

Exhibit 8 000029

| 09/17/2008 | CNRT | F | NON-FINAL ACTION MAILED | 004 |
| 09/17/2008 | CNRT | R | NON-FINAL ACTION WRITTEN | 003 |
| 09/15/2008 | DOCK | D | ASSIGNED TO EXAMINER | 002 |
| 06/23/2008 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Russell N. Rippamonti |
|---|---|
| CORRESPONDENCE ADDRESS | Russell N. Rippamonti<br>Fish & Richardson P.C.<br>P.O. Box 1022<br>Minneapolis MN 55440-1022 |
| DOMESTIC REPRESENTATIVE | NONE |

Exhibit 8 000030

# SANDWICH THINS

Exhibit 8 000031

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77501818 | FILING DATE | 06/18/2008 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BORSUK, ESTHER A | L.O. ASSIGNED | 112 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 02/20/2009 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 02/19/2009 |
| LITERAL MARK ELEMENT | SANDWICH THINS |
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| | |

Exhibit 8 000032

| LITERAL MARK ELEMENT | SANDWICH THINS |
|---|---|
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Arnold Products, Inc. |
| ADDRESS | 300 W. North Avenue<br>Northlake, IL 60164 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 030 |
|---|---|
| DESCRIPTION TEXT | Bread |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 030 | FIRST USE DATE | 03/31/2008 | FIRST USE IN COMMERCE DATE | 03/31/2008 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "SANDWICH" |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 02/19/2009 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 010 |
| 02/18/2009 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 02/17/2009 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 02/17/2009 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 02/11/2009 | ARAA | I | ATTORNEY REVOKED AND/OR APPOINTED | 006 |
| 02/11/2009 | REAP | I | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | 005 |
| 09/17/2008 | CNRT | F | NON-FINAL ACTION MAILED | 004 |
| 09/17/2008 | CNRT | R | NON-FINAL ACTION WRITTEN | 003 |

Exhibit 8 000033

| 09/15/2008 | DOCK | D | ASSIGNED TO EXAMINER | 002 |
| 06/23/2008 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

| CURRENT CORRESPONDENCE INFORMATION | |
|---|---|
| ATTORNEY | Russell N. Rippamonti |
| CORRESPONDENCE ADDRESS | Russell N. Rippamonti<br>Fish & Richardson P.C.<br>P.O. Box 1022<br>Minneapolis MN 55440-1022 |
| DOMESTIC REPRESENTATIVE | NONE |

Exhibit 8 000034

# SANDWICH THINS

Exhibit 8 000035

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77501818 | FILING DATE | 06/18/2008 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | BORSUK, ESTHER A | L.O. ASSIGNED | 112 |

### PUB INFORMATION

| | | | |
|---|---|---|---|
| RUN DATE | 02/19/2009 | | |
| PUB DATE | N/A | | |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED | | |
| STATUS DATE | 02/18/2009 | | |
| LITERAL MARK ELEMENT | SANDWICH THINS | | |
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| | |

Exhibit 8 000036

| LITERAL MARK ELEMENT | SANDWICH THINS |
|---|---|
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Arnold Products, Inc. |
| ADDRESS | 300 W. North Avenue<br>Northlake, IL 60164 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

### GOODS AND SERVICES

| INTERNATIONAL CLASS | 030 |
|---|---|
| DESCRIPTION TEXT | Bread |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 030 | FIRST USE DATE | 03/31/2008 | FIRST USE IN COMMERCE DATE | 03/31/2008 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "SANDWICH" |

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 02/18/2009 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 02/17/2009 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 02/17/2009 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 02/11/2009 | ARAA | I | ATTORNEY REVOKED AND/OR APPOINTED | 006 |
| 02/11/2009 | REAP | I | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | 005 |
| 09/17/2008 | CNRT | F | NON-FINAL ACTION MAILED | 004 |
| 09/17/2008 | CNRT | R | NON-FINAL ACTION WRITTEN | 003 |
| 09/15/2008 | DOCK | D | ASSIGNED TO EXAMINER | 002 |

Exhibit 8 000037

| 06/23/2008 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

| CURRENT CORRESPONDENCE INFORMATION | |
|---|---|
| ATTORNEY | Russell N. Rippamonti |
| CORRESPONDENCE ADDRESS | Russell N. Rippamonti<br>Fish & Richardson P.C.<br>P.O. Box 1022<br>Minneapolis MN 55440-1022 |
| DOMESTIC REPRESENTATIVE | NONE |

Exhibit 8 000038

# SANDWICH THINS

Exhibit 8 000039

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/2009)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77501818 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 112 |
| **MARK SECTION (no change)** | |
| **ADDITIONAL STATEMENTS SECTION** | |
| **DISCLAIMER** | No claim is made to the exclusive right to use SANDWICH apart from the mark as shown. |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | The filing Attorney has elected not to submit the signed declaration, believing no supporting declaration is required under the *Trademark Rules of Practice*. |
| **RESPONSE SIGNATURE** | /Russell N. Rippamonti/ |
| **SIGNATORY'S NAME** | Russell N. Rippamonti |
| **SIGNATORY'S POSITION** | Attorney of record, Texas bar member |
| **DATE SIGNED** | 02/17/2009 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Tue Feb 17 17:43:31 EST 2009 |
| **TEAS STAMP** | USPTO/ROA-72.34.64.230-20 090217174331963644-775018 18-44016d98d2739c54fb368c 78492d9c7d2-N/A-N/A-20090 217153412406311 |

Exhibit 8 000040

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **77501818** has been amended as follows:

**ADDITIONAL STATEMENTS**
**Disclaimer**
No claim is made to the exclusive right to use SANDWICH apart from the mark as shown.

**SIGNATURE(S)**
**Declaration Signature**
I hereby elect to bypass the submission of a signed declaration, because I believe a declaration is not required by the rules of practice. I understand that the examining attorney could still, upon later review, require a signed declaration.
**Response Signature**
Signature: /Russell N. Rippamonti/    Date: 02/17/2009
Signatory's Name: Russell N. Rippamonti
Signatory's Position: Attorney of record, Texas bar member

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 77501818
Internet Transmission Date: Tue Feb 17 17:43:31 EST 2009
TEAS Stamp: USPTO/ROA-72.34.64.230-20090217174331963
644-77501818-44016d98d2739c54fb368c78492
d9c7d2-N/A-N/A-20090217153412406311

Exhibit 8 000041

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 09/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77501818 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 112 |
| **MARK SECTION** | |
| **MARK** | SANDWICH THINS |
| **ATTORNEY SECTION** | |
| **ORIGINAL ADDRESS** | DEBORAH SCHAVEY RUFF<br>MAYER BROWN LLP<br>08065112<br>PO BOX 2828<br>CHICAGO, IL 60690-2828<br>3127069000<br>3127018601 |
| **CORRESPONDENCE SECTION** | |
| **ORIGINAL ADDRESS** | DEBORAH SCHAVEY RUFF<br>MAYER BROWN LLP<br>08065112<br>PO BOX 2828<br>CHICAGO, IL 60690-2828<br>3127069000<br>3127018601 |
| **NEW OTHER APPOINTED ATTORNEYS** | P. Weston Musselman, Jr., J. Kevin Gray, Linda M. Novak |
| **NEW ATTORNEY ADDRESS** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney. |

Exhibit 8 000042

| | |
|---|---|
| **NAME** | Russell N. Rippamonti |
| **FIRM NAME** | Fish & Richardson P.C. |
| **STREET** | P.O. Box 1022 |
| **CITY** | Minneapolis |
| **STATE** | Minnesota |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 55440-1022 |
| **PHONE** | 214-292-4031 |
| **FAX** | 877-769-7945 |
| **EMAIL** | tmdoctc@fr.com |
| **ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |

| NEW CORRESPONDENCE ADDRESS | |
|---|---|
| **NAME** | Russell N. Rippamonti |
| **FIRM NAME** | Fish & Richardson P.C. |
| **STREET** | P.O. Box 1022 |
| **CITY** | Minneapolis |
| **STATE** | Minnesota |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 55440-1022 |
| **PHONE** | 214-292-4031 |
| **FAX** | 877-769-7945 |
| **EMAIL** | tmdoctc@fr.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **SIGNATURE SECTION** | |
| **SIGNATORY** | |

Exhibit 8 000043

| SIGNATORY FILE | [\\\\TICRS\\EXPORT5\\IMAGEOUT5\\775\\018\\77501818\\xml1\\RAA0002.JPG](\\TICRS\EXPORT5\IMAGEOUT5\775\018\77501818\xml1\RAA0002.JPG) |
|---|---|
| SIGNATORY NAME | Shelly W. Seligman |
| SIGNATORY POSITION | Vice President and Secretary |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed Feb 11 18:33:15 EST 2009 |
| TEAS STAMP | USPTO/RAA-72.34.64.230-20 090211183315568938-716046 83-400f013dc8882cd6daa889 b2fc29b8ef665-N/A-N/A-200 90211181325203746 |

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 09/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:
MARK: SANDWICH THINS
**SERIAL NUMBER:** 77501818

**The original attorney**
DEBORAH SCHAVEY RUFF
MAYER BROWN LLP
08065112
PO BOX 2828
CHICAGO, IL 60690-2828
3127069000
3127018601

**Original Correspondence Address :**
DEBORAH SCHAVEY RUFF
MAYER BROWN LLP
PO BOX 2828
CHICAGO, IL 60690-2828
3127069000
3127018601

Exhibit 8 000044

By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney. In addition, any additional previously-appointed attorneys that are currently listed in the application are replaced with the new "Other Appointed Attorneys" listed below.

**Newly Appointed Attorney:**
Russell N. Rippamonti
Fish & Richardson P.C.
P.O. Box 1022
Minneapolis, Minnesota 55440-1022
United States
214-292-4031
877-769-7945

**Other Appointed Attorneys:**

P. Weston Musselman, Jr., J. Kevin Gray, Linda M. Novak

**The following is to be used as the correspondence address:**
Russell N. Rippamonti
Fish & Richardson P.C.
P.O. Box 1022
Minneapolis, Minnesota 55440-1022
United States

214-292-4031
877-769-7945
tmdoctc@fr.com

Signatory File Signature
Signatory's Name: Shelly W. Seligman
Signatory's Position: Vice President and Secretary

Serial Number: 77501818
Internet Transmission Date: Wed Feb 11 18:33:15 EST 2009
TEAS Stamp: USPTO/RAA-72.34.64.230-20090211183315568
938-71604683-400f013dc8882cd6daa889b2fc2
9b8ef665-N/A-N/A-20090211181325203746

Exhibit 8 000045

REVOCATION OF PRIOR POWER OF ATTORNEY
AND
NEW GENERAL POWER OF ATTORNEY
FOR
ARNOLD PRODUCTS INC.
FOR ACTIONS BEFORE THE U.S. PATENT AND TRADEMARK OFFICE

Arnold Products Inc., a corporation duly organized and existing under the laws of the State of Delaware, with offices located at 255 Business Center Drive, Horsham, Pennsylvania, 19044, does hereby revoke all current powers of attorney in connection with all trademark registrations and applications owned by Arnold Products Inc. in the United States of America, and appoints the following members of the firm of Fish & Richardson P.C, with offices at 1717 Main Street, Suite 5000, Dallas, Texas 75201: Russell N. Rippamonti, P. Weston Musselman, Jr., J. Kevin Gray, Linda M. Novak, members of the Bar of the State of Texas, with full power of attorney to file trademark applications to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive Certificates of Registration on behalf of Arnold Products Inc.

Arnold Products Inc. further appoints the aforementioned persons with full power of attorney to file trademark Declarations of Use and Incontestability and applications to renew existing and future trademark registrations owned by Arnold Products Inc., to transact all business in the Patent and Trademark Office in connection therewith, and to receive Certificates of Acceptance and Certificates of Renewal on behalf of Arnold Products Inc.

Arnold Products Inc. further appoints the aforementioned persons with full power of attorney to file trademark opposition and cancellation proceedings on behalf of Arnold Products Inc., to transact all business in the Patent and Trademark Office, Trademark Trial and Appeal Board, in connection therewith, and to receive Notices and Rulings on behalf of Arnold Products Inc.

Date: ___2/9/09___                Arnold Products Inc.

By: _____

Name :  SHELLY W. SELIGMAN
Title :  Vice President and Secretary

General POA and Desi

Exhibit 8 000046

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**:   77/501818

**MARK**: SANDWICH THINS

**CORRESPONDENT ADDRESS**:
  DEBORAH SCHAVEY RUFF
  MAYER BROWN LLP
  PO BOX 2828
  CHICAGO, IL 60690-2828

# *77501818*

**RESPOND TO THIS ACTION:**
**http://www.uspto.gov/teas/eTEASpageD.htm**

**GENERAL TRADEMARK INFORMATION:**
**http://www.uspto.gov/main/trademarks.htm**

**APPLICANT**:   Arnold Products, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO**:
  08065112
  **CORRESPONDENT E-MAIL ADDRESS**:


## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE**:


The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62, 2.65(a); TMEP §§711, 718.03.

SEARCH STATEMENT

The Office records have been searched and there are no similar registered or pending marks that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

DISCLAIMER REQUIRED

Applicant must insert a disclaimer of the descriptive wording SANDWICH in the application.  The wording is descriptive because the applicant's bread is used to make SANDWICHES.  *See* 15 U.S.C. §1056(a); TMEP §§1213, 1213.03(a).

Exhibit 8 000047

The following is the accepted standard format for a disclaimer:

No claim is made to the exclusive right to use "SANDWICH" apart from the mark as shown.

TMEP §1213.08(a)(i).

The Office can require an applicant to disclaim an unregistrable part of a mark consisting of particular wording, symbols, numbers, design elements or combinations thereof. 15 U.S.C. §1056(a). Under Trademark Act Section 2(e), the Office can refuse registration of an entire mark if the entire mark is merely descriptive, deceptively misdescriptive, or primarily geographically descriptive of the goods. 15 U.S.C. §1052(e). Thus, the Office may require an applicant to disclaim a portion of a mark that, when used in connection with the goods or services, is merely descriptive, deceptively misdescriptive, primarily geographically descriptive, or otherwise unregistrable (e.g., generic). *See* TMEP §§1213, 1213.03.

Failure to comply with a disclaimer requirement can result in a refusal to register the entire mark. TMEP §1213.01(b).

**TELEPHONE RESPONSE SUGGESTED**

**Applicant is encouraged to telephone the assigned trademark examining attorney to resolve the issues raised in this Office action.**

/esther borsuk/
Esther Borsuk
Examining Attorney
Law Office 112
Phone:  (571) 272-9131
Fax:  (571) 273-9112

**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail. For *technical* assistance with the form, please e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned examining attorney. **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses**.

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response. Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

Exhibit 8 000048

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov.  When conducting an online status check, print and maintain a copy of the complete TARR screen.  If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

Exhibit 8 000049

*** User:eborsuk ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 77501818[SN] |
| 02 | 1229 | N/A | 0 | 0 | 0:01 | *s{v}ndwich*[bi,ti] or *sandwhich*[bi,ti] |
| 03 | 20829 | N/A | 0 | 0 | 0:02 | *thin*[bi,ti] |
| 04 | 6 | 4 | 2 | 2 | 0:01 | 2 and 3 |
| 05 | 1645976 | N/A | 0 | 0 | 0:02 | "030"[cc] |
| 06 | 7547 | N/A | 0 | 0 | 0:01 | 3 and 5 |
| 07 | 188711 | N/A | 0 | 0 | 0:02 | "030"[ic] or "a"[ic] or "b"[ic] or "200"[ic] |
| 08 | 846 | N/A | 0 | 0 | 0:01 | 3 and 7 |
| 09 | 1403 | N/A | 0 | 0 | 0:02 | "thin"[bi,ti] or "thins"[bi,ti] |
| 10 | 644 | N/A | 0 | 0 | 0:01 | 9 and 5 |
| 11 | 157 | N/A | 0 | 0 | 0:01 | 9 and 7 |
| 12 | 2961210 | N/A | 0 | 0 | 0:03 | dead[ld] |
| 13 | 61 | 0 | 61 | 29 | 0:01 | 11 not 12 |

Session started 9/17/2008 9:09:14 AM

Session finished 9/17/2008 9:11:41 AM

Total search duration 0 minutes 19 seconds

Session duration 2 minutes 27 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 77501818

Exhibit 8 000050

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77501818**
**Filing Date: 06/18/2008**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77501818 |
| **MARK INFORMATION** | |
| *__MARK__ | SANDWICH THINS |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | SANDWICH THINS |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *__OWNER OF MARK__ | Arnold Products, Inc. |
| *__STREET__ | 300 W. North Avenue |
| *__CITY__ | Northlake |
| *__STATE__ (Required for U.S. applicants) | Illinois |
| *__COUNTRY__ | United States |
| *__ZIP/POSTAL CODE__ (Required for U.S. applicants only) | 60164 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| | |

Exhibit 8 000051

| | |
|---|---|
| *INTERNATIONAL CLASS | 030 |
| *IDENTIFICATION | Bread |
| FILING BASIS | SECTION 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 03/31/2008 |
|    FIRST USE IN COMMERCE DATE | At least as early as 03/31/2008 |
|    SPECIMEN FILE NAME(S) | \\TICRS\EXPORT2\IMAGEOUT2 \775\018\77501818\xml1\AP P0003.JPG |
| | \\TICRS\EXPORT2\IMAGEOUT2 \775\018\77501818\xml1\AP P0004.JPG |
|    SPECIMEN DESCRIPTION | Packaging for the goods |
| **ATTORNEY INFORMATION** | |
| NAME | Deborah Schavey Ruff |
| ATTORNEY DOCKET NUMBER | 08065112 |
| FIRM NAME | Mayer Brown LLP |
| STREET | P. O. Box 2828 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60690-2828 |
| PHONE | 3127018601 |
| FAX | 3127069000 |
| OTHER APPOINTED ATTORNEY | Michael D. Adams, Melissa A. Anyetei, Richard M. Assmus, Brent A. Batzer, William Cassin, Victoria Friedman, Nathan Hamstra, Andrea Hutchison, Aric Jacover, Jonathan H. Kim, Joan L. Long, Christopher C. Mackey, Joseph A. Mahoney, Vera A. Nackovic, Jason K. Schmitz, and Jason L. White |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Deborah Schavey Ruff |
| FIRM NAME | Mayer Brown LLP |
| | |

Exhibit 8 000052

| STREET | P. O. Box 2828 |
|---|---|
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60690-2828 |
| PHONE | 3127018601 |
| FAX | 3127069000 |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /dsr/ |
| SIGNATORY'S NAME | Deborah Schavey Ruff |
| SIGNATORY'S POSITION | Attorney for Applicant |
| DATE SIGNED | 06/18/2008 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77501818**
**Filing Date: 06/18/2008**

## To the Commissioner for Trademarks:

**MARK:** SANDWICH THINS (Standard Characters, see mark)
The literal element of the mark consists of SANDWICH THINS.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

Exhibit 8 000053

The applicant, Arnold Products, Inc., a corporation of Delaware, having an address of
   300 W. North Avenue
   Northlake, Illinois 60164
   United States
requests registration of the trademark/service mark identified above in the United States Patent and
Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051
et seq.), as amended.

   International Class 030:  Bread

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or
licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in
commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as
amended.

In International Class 030, the mark was first used at least as early as 03/31/2008, and first used in
commerce at least as early as 03/31/2008, and is now in use in such commerce. The applicant is
submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in
the class of listed goods and/or services, consisting of a(n) Packaging for the goods.
Specimen File1
Specimen File2

The applicant hereby appoints Deborah Schavey Ruff and Michael D. Adams, Melissa A. Anyetei,
Richard M. Assmus, Brent A. Batzer, William Cassin, Victoria Friedman, Nathan Hamstra, Andrea
Hutchison, Aric Jacover, Jonathan H. Kim, Joan L. Long, Christopher C. Mackey, Joseph A. Mahoney,
Vera A. Nackovic, Jason K. Schmitz, and Jason L. White of Mayer Brown LLP
   P. O. Box 2828
   Chicago, Illinois 60690-2828
   United States
to submit this application on behalf of the applicant. The attorney docket/reference number is 08065112.
 Correspondence Information: Deborah Schavey Ruff
                      P. O. Box 2828
                      Chicago, Illinois 60690-2828
                      3127018601(phone)
                      3127069000(fax)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1
class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by
fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and
the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is
properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to
be the owner of the trademark/service mark sought to be registered, or, if the application is being filed

Exhibit 8 000054

under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /dsr/   Date Signed: 06/18/2008
Signatory's Name: Deborah Schavey Ruff
Signatory's Position: Attorney for Applicant

RAM Sale Number: 8236
RAM Accounting Date: 06/18/2008

Serial Number: 77501818
Internet Transmission Date: Wed Jun 18 14:35:36 EDT 2008
TEAS Stamp: USPTO/BAS-143.58.161.6-20080618143536340
726-77501818-400d8365e32e0c4813d61826745
0732c37-CC-8236-20080618142638501924

Exhibit 8 000055

# SANDWICH THINS

Exhibit 8 000056



Exhibit 8 000057



Exhibit 8 000058

# SANDWICH THINS

Exhibit 8 000059



Exhibit 8 000060



Exhibit 8 000061

2