# RODRIGUEZ EXHIBITS 9-14

**RODRIGUEZ
EXHIBIT 9**

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent Office

Reg. No. 1,022,799
Registered Oct. 14, 1975

## TRADEMARK
### Principal Register

# WHEAT THINS

Nabisco, Inc. (New Jersey corporation)
425 Park Ave.
New York, N.Y.    10022

For: CRACKERS, in CLASS 30 (U.S. CL. 46).
First use at least as early as Dec. 31, 1947; in commerce at least as early as Dec. 31, 1947.
Applicant disclaims rights in the word "Wheat" apart from the mark as shown.

Ser. No. 45,498, filed Feb. 28, 1975.

A. G. DIETZ, Examiner

Exhibit 9 000062

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**
10 Year Renewal

Reg. No. 1,022,799
Registered Oct. 14, 1975
Renewal Term Begins Oct. 14, 1995

## TRADEMARK
## PRINCIPAL REGISTER

## WHEAT THINS

NABISCO, INC. (NEW JERSEY CORPO-
RATION)
7 CAMPUS DRIVE
PARSIPPANY, NJ 070540311

APPLICANT DISCLAIMS RIGHTS IN
THE WORD "WHEAT" APART FROM
THE MARK AS SHOWN.

FOR: CRACKERS, IN CLASS 30 (U.S.
CL. 46).

FIRST USE 12–31–1947; IN COMMERCE
12–31–1947.

SER. NO. 73–045,498, FILED 2–28–1975.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Dec. 12, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Exhibit 9 000063

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2009-08-26 17:40:52 ET

**Serial Number:** 73045498 Assignment Information          Trademark Document Retrieval

**Registration Number:** 1022799

**Mark (words only):** WHEAT THINS

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2006-03-01

**Filing Date:** 1975-02-28

**Transformed into a National Application:** No

**Registration Date:** 1975-10-14

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-10-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. KRAFT FOODS GLOBAL BRANDS LLC

**Address:**
KRAFT FOODS GLOBAL BRANDS LLC
THREE LAKES DRIVE NF 584
NORTHFIELD, IL 60093
United States
**Legal Entity Type:** Limited Liability Company
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Exhibit 9 000064
8/26/2009

CRACKERS
**Basis:** 1(a)
**First Use Date:** 1947-12-31
**First Use in Commerce Date:** 1947-12-31

---

### ADDITIONAL INFORMATION

**Disclaimer:** APPLICANT DISCLAIMS RIGHTS IN THE WORD "WHEAT" APART FROM THE MARK AS SHOWN.

---

### MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-10-29 - Automatic Update Of Assignment Of Ownership

2007-10-04 - Case File In TICRS

2006-03-01 - Second renewal 10 year

2006-03-01 - Section 8 (10-year) accepted/ Section 9 granted

2006-03-01 - Assigned To Paralegal

2005-10-03 - Combined Section 8 (10-year)/Section 9 filed

2005-10-03 - TEAS Section 8 & 9 Received

1995-11-02 - First renewal 10 year

1995-09-28 - Section 9 filed/check record for Section 8

1981-12-07 - Section 8 (6-year) accepted & Section 15 acknowledged

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Douglas W. Cherry

**Correspondent**
Douglas W. Cherry
Kraft Foods Holdings, Inc.
NF 577

Exhibit 9 000065
8/26/2009

Three Lakes Drive
Northfield, IL 60093

Exhibit 9 000066
8/26/2009



Exhibit 9 000067

**RODRIGUEZ
EXHIBIT 10**

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 1,244,724
Registered Jul. 5, 1983

## TRADEMARK
### Principal Register

## VEGETABLE THINS

Nabisco, Inc. (New Jersey corporation)
DeForest Ave.
East Hanover, N.J. 07936

For: CRACKERS, in CLASS 30 (U.S. Cl. 46).
First use Feb. 28, 1979; in commerce Feb. 28, 1979.
Owner of U.S. Reg. Nos. 592,479 and 1,022,799.
No claim is made to the exclusive right to use the word "Vegetable", apart from the mark as shown.

Ser. No. 358,584, filed Apr. 6, 1982.

JOHN P. RYNKIEWICZ, Examining Attorney

Exhibit 10 000068

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2009-08-26 17:41:59 ET

**Serial Number:** 73358584 Assignment Information        Trademark Document Retrieval

**Registration Number:** 1244724

**Mark (words only):** VEGETABLE THINS

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2003-03-08

**Filing Date:** 1982-04-06

**Transformed into a National Application:** No

**Registration Date:** 1983-07-05

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2008-04-21

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. KRAFT FOODS GLOBAL BRANDS LLC

**Address:**
KRAFT FOODS GLOBAL BRANDS LLC
THREE LAKES DRIVE NF 584
NORTHFIELD, IL 60093
United States
**Legal Entity Type:** Limited Liability Company
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Crackers
**Basis:** 1(a)
**First Use Date:** 1979-02-28
**First Use in Commerce Date:** 1979-02-28

---

## ADDITIONAL INFORMATION

**Disclaimer:** No claim is made to the exclusive right to use the word "Vegetable", apart from the mark as shown.

**Prior Registration Number(s):**
1022799
5924790

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-10-29 - Automatic Update Of Assignment Of Ownership

2008-04-21 - Case File In TICRS

2003-03-08 - First renewal 10 year

2003-03-08 - Section 8 (10-year) accepted/ Section 9 granted

2002-10-24 - Combined Section 8 (10-year)/Section 9 filed

2002-10-24 - TEAS Section 8 & 9 Received

1989-09-07 - Section 8 (6-year) accepted & Section 15 acknowledged

1989-06-30 - Section 8 (6-year) and Section 15 Filed

1983-07-05 - Registered - Principal Register

1983-04-12 - Published for opposition

1983-07-05 - Registered - Principal Register

1983-04-12 - Published for opposition

1983-03-01 - Approved for Pub - Principal Register (Initial exam)

1983-01-26 - Non-final action mailed

1983-01-03 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
DOUGLAS W CHERRY

**Correspondent**
DOUGLAS W CHERRY
KRAFT FOODS HOLDINGS INC
THREE LAKES DRIVE
NORTHFIELD IL 60093

---

Exhibit 10 000072

**RODRIGUEZ**
**EXHIBIT 11**

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 1,982,930
Registered June 25, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## PITA THINS

GRECIAN DELIGHT FOODS, INC. (DELA-
  WARE CORPORATION)
1201 TONNE ROAD
ELK GROVE VILLAGE, IL 60007

  FOR: FLAT BREAD, IN CLASS 30 (U.S. CL.
46).
  FIRST USE 8–21–1995; IN COMMERCE
8–21–1995.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "PITA", APART FROM THE
MARK AS SHOWN.

SN 74–529,350, FILED 5–25–1994.

DARREN COHEN, EXAMINING ATTORNEY

Exhibit 11 000073

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2009-08-26 17:42:54 ET

**Serial Number:** 74529350 Assignment Information          Trademark Document Retrieval

**Registration Number:** 1982930

**Mark (words only):** PITA THINS

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2006-08-31

**Filing Date:** 1994-05-25

**Transformed into a National Application:** No

**Registration Date:** 1996-06-25

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-06-12

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. KRAFT FOODS HOLDINGS, INC.

**Address:**
KRAFT FOODS HOLDINGS, INC.
THREE LAKES DRIVE
NORTHFIELD, IL 60093
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

flat bread
**Basis:** 1(a)
**First Use Date:** 1995-08-21
**First Use in Commerce Date:** 1995-08-21

---

## ADDITIONAL INFORMATION

**Disclaimer:** "PITA"

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-06-12 - Case File In TICRS

2006-08-31 - First renewal 10 year

2006-08-31 - Section 8 (10-year) accepted/ Section 9 granted

2006-07-27 - Assigned To Paralegal

2006-05-24 - Automatic Update Of Assignment Of Ownership

2006-05-02 - Combined Section 8 (10-year)/Section 9 filed

2006-05-02 - TEAS Section 8 & 9 Received

2002-04-04 - Section 8 (6-year) accepted & Section 15 acknowledged

2002-01-30 - Section 8 (6-year) and Section 15 Filed

1996-06-25 - Registered - Principal Register

1996-04-15 - Allowed for Registration - Principal Register (SOU accepted)

1996-04-11 - Assigned To Examiner

1996-03-26 - Statement of use processing complete

1996-03-26 - Extension 1 granted

1996-01-18 - Amendment to Use filed

1996-01-18 - Extension 1 filed

Exhibit 11 000075
8/26/2009

1995-07-18 - Noa Mailed - SOU Required From Applicant

1995-04-25 - Published for opposition

1995-03-24 - Notice of publication

1994-11-28 - Approved for Pub - Principal Register (Initial exam)

1994-11-10 - Examiner's amendment mailed

1994-10-21 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Daniel N. Christus

**Correspondent**
DANIEL N. CHRISTUS
WALLENSTEIN WAGNER & ROCKEY, LTD.
311 SOUTH WACKER DRIVE
SUITE 5300
CHICAGO, IL 60606-6630
Phone Number: 312.554.3300
Fax Number: 312.554.3301

---

Exhibit 11 000076
8/26/2009

**RODRIGUEZ**
**EXHIBIT 12**

Int. Cl.: 30

Prior U.S. Cl.: 46

United States Patent and Trademark Office

Reg. No. 1,590,093
Registered Apr. 3, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## GARDEN CHICKEN THINS

GARDEN COMPANY LIMITED, THE (HONG KONG COMPANY)
58 CASTLE PEAK ROAD
KOWLOON, HONG KONG

FOR: BREAD, PASTRIES, BISCUITS, CAKES, SNACK FOOD PRODUCTS, NAMELY, CRACKERS, IN CLASS 30 (U.S. CL. 46).
FIRST USE 0–0–1978; IN COMMERCE 0–0–1978.

OWNER OF U.S. REG. NO. 1,114,211.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CHICKEN", APART FROM THE MARK AS SHOWN.

SER. NO. 73–810,732, FILED 7–3–1989.

FRANCIS DUFFIN, EXAMINING ATTORNEY.

Exhibit 12 000077

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2009-08-26 17:43:41 ET

**Serial Number:** 73810732 Assignment Information          Trademark Document Retrieval

**Registration Number:** 1590093

**Mark (words only):** GARDEN CHICKEN THINS

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2000-10-21

**Filing Date:** 1989-07-03

**Transformed into a National Application:** No

**Registration Date:** 1990-04-03

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2008-12-19

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GARDEN COMPANY LIMITED, THE

**Address:**
GARDEN COMPANY LIMITED, THE
58 CASTLE PEAK ROAD
KOWLOON
Hong Kong
**Legal Entity Type:** Company
**State or Country Where Organized:** Hong Kong

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Exhibit 12 000078

BREAD, PASTRIES, BISCUITS, CAKES, SNACK FOOD PRODUCTS, NAMELY, CRACKERS
**Basis:** 1(a)
**First Use Date:** 1978-00-00
**First Use in Commerce Date:** 1978-00-00

---

## ADDITIONAL INFORMATION

---

**Disclaimer:** "CHICKEN"

**Prior Registration Number(s):**
1114211

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-12-19 - Case File In TICRS

2008-04-25 - Attorney Revoked And/Or Appointed

2008-04-25 - TEAS Revoke/Appoint Attorney Received

2008-04-21 - Attorney Revoked And/Or Appointed

2008-04-21 - TEAS Revoke/Appoint Attorney Received

2008-02-01 - TEAS Change Of Correspondence Received

2007-07-25 - TEAS Change Of Correspondence Received

2000-03-24 - Combined Section 8 (10-year)/Section 9 filed

2000-10-21 - First renewal 10 year

2000-10-21 - Section 8 (10-year) accepted/ Section 9 granted

2000-03-24 - Combined Section 8 (10-year)/Section 9 filed

2000-02-28 - Combined Section 8 (10-year)/Section 9 filed

1996-03-26 - Section 8 (6-year) accepted & Section 15 acknowledged

1995-07-26 - Section 8 (6-year) and Section 15 Filed

Exhibit 12 000079
8/26/2009

1990-04-03 - Registered - Principal Register

1990-01-09 - Published for opposition

1989-12-12 - Notice of publication

1989-09-21 - Approved for Pub - Principal Register (Initial exam)

1989-09-19 - Examiner's amendment mailed

1989-09-12 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
M. John Carson

**Correspondent**
M. John Carson
Foley & Lardner LLP
35th Floor
555 South Flower Street
Los Angeles CA 90071-2411
Phone Number: 213.972.4500
Fax Number: 213.486.0065

**Domestic Representative**
M. John Carson
Phone Number: 213.972.4500
Fax Number: 213.486.0065

---

Exhibit 12 000080
8/26/2009

**RODRIGUEZ
EXHIBIT 13**

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 1,926,608
Registered Oct. 10, 1995

### TRADEMARK
### PRINCIPAL REGISTER

## SWEET THINS

SWEET THINGS, INC. (CALIFORNIA CORPO-
RATION)
1 BLACKFIELD ROAD
TIBURON, CA 94920

FOR: BAKED GOODS; NAMELY, CAKES
AND COOKIES, IN CLASS 30 (U.S. CL. 46).
FIRST USE 11–30–1993; IN COMMERCE
11–30–1993.

OWNER OF U.S. REG. NO. 1,279,121.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SWEET", APART FROM THE
MARK AS SHOWN.

SN 74–421,033, FILED 8–4–1993.

ZHALEH KHABIRI, EXAMINING ATTORNEY

Exhibit 13 000081

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2009-08-26 17:44:18 ET

**Serial Number:** 74421033    Assignment Information        Trademark Document Retrieval

**Registration Number:** 1926608

**Mark (words only):** SWEET THINS

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2005-02-22

**Filing Date:** 1993-08-04

**Transformed into a National Application:** No

**Registration Date:** 1995-10-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2005-02-22

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Sweet Things, Inc.

**Address:**
Sweet Things, Inc.
1 Blackfield Road
Tiburon, CA 94920
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

### GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

baked goods; namely, cakes and cookies
**Basis:** 1(a)
**First Use Date:** 1993-11-30
**First Use in Commerce Date:** 1993-11-30

---

## ADDITIONAL INFORMATION

**Disclaimer:** "SWEET"

**Prior Registration Number(s):**
1279121

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2005-02-22 - First renewal 10 year

2005-02-22 - Section 8 (10-year) accepted/ Section 9 granted

2004-11-09 - Combined Section 8 (10-year)/Section 9 filed

2004-11-09 - TEAS Section 8 & 9 Received

2001-06-02 - Section 8 (6-year) accepted & Section 15 acknowledged

2001-03-19 - Section 8 (6-year) and Section 15 Filed

1995-10-10 - Registered - Principal Register

1995-07-17 - Allowed for Registration - Principal Register (SOU accepted)

1995-07-17 - Assigned To Examiner

1995-07-17 - Assigned To Examiner

1995-06-26 - Statement of use processing complete

1995-06-26 - Extension 2 granted

1995-05-04 - Amendment to Use filed

1995-05-04 - Extension 2 filed

Exhibit 13 000083

**RODRIGUEZ
EXHIBIT 14**

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 2,143,587

Registered Mar. 10, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## NUT-THINS

CALIFORNIA ALMOND GROWERS EX-
CHANGE (CALIFORNIA CORPORATION),
DBA BLUE DIAMOND GROWERS,
1802 C STREET
P.O. BOX 1768
SACRAMENTO, CA 95814

FOR: FLOUR-BASED WAFERS WITH AL-
MONDS OR OTHER NUTS AS AN INGREDI-
ENT, IN CLASS 30 (U.S. CL. 46).

FIRST USE 7-17-1997; IN COMMERCE
7-17-1997.

SN 75-195,490, FILED 11-12-1996.

NORA BUCHANAN WILL, EXAMINING AT-
TORNEY

Exhibit 14 000085

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2009-08-26 17:45:53 ET

**Serial Number:** 75195490 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2143587

**Mark (words only):** NUT-THINS

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2008-03-14

**Filing Date:** 1996-11-12

**Transformed into a National Application:** No

**Registration Date:** 1998-03-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2008-03-14

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. BLUE DIAMOND GROWERS

**Address:**
BLUE DIAMOND GROWERS
1802 C STREET
SACRAMENTO, CA 95814
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Exhibit 14 000086
8/26/2009

flour-based wafers with almonds or other nuts as an ingredient
**Basis:** 1(a)
**First Use Date:** 1997-07-17
**First Use in Commerce Date:** 1997-07-17

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-03-14 - First renewal 10 year

2008-03-14 - Section 8 (10-year) accepted/ Section 9 granted

2008-03-14 - Assigned To Paralegal

2008-03-10 - TEAS Section 8 & 9 Received

2007-03-23 - Case File In TICRS

2007-01-17 - Automatic Update Of Assignment Of Ownership

2006-03-30 - TEAS Change Of Correspondence Received

2004-04-02 - Section 8 (6-year) accepted & Section 15 acknowledged

2004-02-26 - Section 8 (6-year) and Section 15 Filed

1998-03-10 - Registered - Principal Register

1998-01-04 - Allowed for Registration - Principal Register (SOU accepted)

1998-01-02 - Assigned To Examiner

1997-12-19 - Statement of use processing complete

1997-11-12 - Amendment to Use filed

1997-10-21 - Noa Mailed - SOU Required From Applicant

1997-07-29 - Published for opposition

Exhibit 14 000087
8/26/2009

http://tarr.uspto.gov/tarr?regser=registration&entry=2143587

1997-06-27 - Notice of publication

1997-05-23 - Approved for Pub - Principal Register (Initial exam)

1997-05-07 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Susan G. O'Neill

**Correspondent**
Susan G. O'Neill
Hanson Bridgett Marcus Vlahos & Rudy, LL
425 Market Street, 26th Floor
San Francisco CA 94105
Phone Number: (415) 995-5037
Fax Number: (415) 541-9366

---

Exhibit 14 000088
8/26/2009



Exhibit 14 000089