# RODRIGUEZ EXHIBITS 15-25

**RODRIGUEZ
EXHIBIT 15**

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 2,887,828

## United States Patent and Trademark Office

Registered Sep. 21, 2004

### TRADEMARK
### PRINCIPAL REGISTER

## WAFER THINS

AWC HOLDINGS LLC (ILLINOIS LTD LIAB CO)
121 WEST 61ST STREET
WESTMONT, IL 60559

FOR: WHEAT BASED WAFER SNACKS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10-1-2003; IN COMMERCE 11-1-2003.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WAFER" , APART FROM THE MARK AS SHOWN.

SN 78-243,656, FILED 4-30-2003.

MICHAEL WEBSTER, EXAMINING ATTORNEY

Exhibit 15 000090

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2009-08-26 17:46:37 ET

**Serial Number:** 78243656 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2887828

**Mark (words only):** WAFER THINS

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-09-21

**Filing Date:** 2003-04-30

**Transformed into a National Application:** No

**Registration Date:** 2004-09-21

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-10-01

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. HONEY WAFER BAKING COMPANY

**Address:**
HONEY WAFER BAKING COMPANY
13939 S. LINDER AVE.
CRESTWOOD, IL 60445
United States
**Legal Entity Type:** USA CORP.
**State or Country Where Organized:** (NOT AVAILABLE)

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Exhibit 15 000091

Wheat based wafer snacks
**Basis:** 1(a)
**First Use Date:** 2003-10-01
**First Use in Commerce Date:** 2003-11-01

---

## ADDITIONAL INFORMATION

**Disclaimer:** "wafer"

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-10-25 - Automatic Update Of Assignment Of Ownership

2004-09-21 - Registered - Principal Register

2004-07-19 - Allowed for Registration - Principal Register (SOU accepted)

2004-07-08 - Assigned To Examiner

2004-07-07 - Statement of use processing complete

2004-06-07 - Amendment to Use filed

2004-06-07 - TEAS Statement of Use Received

2004-05-25 - Noa Mailed - SOU Required From Applicant

2004-03-02 - Published for opposition

2004-02-11 - Notice of publication

2003-11-17 - Approved for Pub - Principal Register (Initial exam)

2003-09-19 - Communication received from applicant

2003-09-19 - TEAS Response to Office Action Received

2003-09-16 - Non-final action e-mailed

2003-09-15 - Assigned To Examiner

---

Exhibit 15 000092
8/26/2009

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Margaret K. Cook

**Correspondent**
Margaret K. Cook
Corporate Creations Chicago P.C.
3023 N. Clark St. #318
Chicago, IL 60657
Phone Number: 773-935-3920
Fax Number: 773-935-4020

Exhibit 15 000093
8/26/2009



The All Natural Great Snack
3 Pack 90 Calories Each

LOW-FAT

wafer * Thins.

The Original Filled Honey Wafers by *ANISI*



est. 1925



NET WT.
3 OZ. (85g.)

100% NATURAL · NO PRESERVATIVES

Exhibit 15 000094

**RODRIGUEZ**
**EXHIBIT 16**

Int. Cl.: 29

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 2,883,979
Registered Sep. 14, 2004

### TRADEMARK
### PRINCIPAL REGISTER

## BAKED POTATO THINS

WILLIAM POLL, INC. (NEW YORK CORPORA-
TION)
1051 LEXINGTON AVENUE
NEW YORK, NY 10021

FOR: POTATO-BASED SNACK FOODS, NAMELY
POTATO CRISPS, IN CLASS 29 (U.S. CL. 46).

FIRST USE 0-0-1999; IN COMMERCE 0-0-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BAKED POTATO", APART FROM
THE MARK AS SHOWN.

SER. NO. 76-552,117, FILED S.R. 10-17-2003 AM.
P.R. 3-31-2004.

MIDGE BUTLER, EXAMINING ATTORNEY

Exhibit 16 000095

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2009-08-26 17:47:10 ET

**Serial Number:** 76552117 Assignment Information      Trademark Document Retrieval

**Registration Number:** 2883979

**Mark (words only):** BAKED POTATO THINS

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-09-14

**Filing Date:** 2003-10-17

**Transformed into a National Application:** No

**Registration Date:** 2004-09-14

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-09-21

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. William Poll, Inc.

**Address:**
William Poll, Inc.
1051 Lexington Avenue
New York, NY 10021
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

**International Class:** 029
**Class Status:** Active

potato-based snack foods, namely potato crisps
**Basis:** 1(a)
**First Use Date:** 1999-00-00
**First Use in Commerce Date:** 1999-00-00

---

## ADDITIONAL INFORMATION

**Disclaimer:** "BAKED POTATO"

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2004-09-14 - Registered - Principal Register

2004-06-22 - Published for opposition

2004-06-02 - Notice of publication

2004-04-13 - Approved for Pub - Principal Register (Initial exam)

2004-04-02 - Examiner's amendment mailed

2004-03-31 - Assigned To Examiner

2003-11-17 - PAPER RECEIVED

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Timothy A. Cassidy

**Correspondent**
TIMOTHY A. CASSIDY
DORITY & MANNING, P.A.
POST OFFICE BOX 1449
GREENVILLE, SOUTH CAROLINA 29602-1449
Phone Number: 864-271-1592
Fax Number: 864-233-7342

---

**RODRIGUEZ**
**EXHIBIT 17**

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 3,212,339
Registered Feb. 27, 2007

### TRADEMARK
### PRINCIPAL REGISTER

# WATERTHINS

PHILEMON PTY LTD (AUSTRALIA CORPORA-
TION)
UNIT 6/11 DAVID STREET
GATEWAY CORPORATE PARK
DANDENONG, VICTORIA, AUSTRALIA 3175

FOR: PREPARATIONS MADE FROM FLOUR,
NAMELY CRACKERS, BISCUITS AND BREAD
STICKS; CHEESE FLAVORED SNACK FOODS
WHICH ARE CEREAL BASED; AND PASTRIES ,
IN CLASS 30 (U.S. CL. 46).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF AUSTRALIA REG. NO. 898296, DA-
TED 12-17-2001, EXPIRES 12-17-2011.

SER. NO. 78-645,873, FILED 6-8-2005.

RAY THOMAS, EXAMINING ATTORNEY

Exhibit 17 000098

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2009-08-26 17:47:55 ET

**Serial Number:** 78645873 Assignment Information          Trademark Document Retrieval

**Registration Number:** 3212339

**Mark**

# WATERTHINS

**(words only):** WATERTHINS

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-02-27

**Filing Date:** 2005-06-08

**Transformed into a National Application:** No

**Registration Date:** 2007-02-27

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-02-27

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Philemon Pty Ltd

**Address:**
Philemon Pty Ltd
Unit 6/11 David Street Gateway Corporate Park

Exhibit 17 000099
8/26/2009

Dandenong, Victoria 3175
Australia
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Australia

---

## GOODS AND/OR SERVICES

---

**International Class:** 030
**Class Status:** Active
Preparations made from flour, namely crackers, biscuits and bread sticks; cheese flavored snack foods which are cereal based; and pastries
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Foreign Registration Number:** 898296
**Foreign Registration Date:** 2001-12-17
**Country:** Australia
**Foreign Expiration Date:** 2011-12-17

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-02-27 - Registered - Principal Register

2006-12-12 - Published for opposition

2006-11-22 - Notice of publication

2006-10-24 - Law Office Publication Review Completed

2006-10-20 - Assigned To LIE

2006-10-17 - Approved for Pub - Principal Register (Initial exam)

2006-10-13 - Teas/Email Correspondence Entered

2006-10-12 - Communication received from applicant

2006-10-12 - TEAS Response to Office Action Received

Exhibit 17 000100
8/26/2009

2006-08-07 - Final refusal mailed

2006-08-04 - Final Refusal Written

2006-06-30 - Teas/Email Correspondence Entered

2006-06-24 - Communication received from applicant

2006-06-24 - TEAS Response to Office Action Received

2005-12-28 - Non-final action mailed

2005-12-28 - Non-Final Action Written

2005-12-28 - Assigned To Examiner

2005-06-13 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Leonard D. Messinger, Esq.

**Correspondent**
LEONARD D. MESSINGER, ESQ.
FULWIDER PATTON LEE & UTECHT, LLP
6060 CENTER DR FL 10
LOS ANGELES, CA 90045-1598
Phone Number: (310) 824-5555
Fax Number: (310) 824-9696

**Domestic Representative**
Leonard D. Messinger, Esq.
Phone Number: (310) 824-5555
Fax Number: (310) 824-9696

---

Exhibit 17 000101



Exhibit 17 000102

**RODRIGUEZ**
**EXHIBIT 18**

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 1,339,385
Registered June 4, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## GOURMET THINS

NORA MATPRODUKTER A/S (NORWAY COR-
   PORATION)
POSTBOKS 4642
TRONDHEIMSVEIEN 2
SOFTIENBERG, OSLO 5, NORWAY

FOR: CRISP BREAD, IN CLASS 30 (U.S. CL.
46).

FIRST USE 12–20–1983; IN COMMERCE
12–20–1983.

SER. NO. 473,826, FILED 4–5–1984.

IRA J. GOODSAID, EXAMINING ATTORNEY

Exhibit 18 000103

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2009-08-26 17:48:23 ET

**Serial Number:** 73473826 Assignment Information          Trademark Document Retrieval

**Registration Number:** 1339385

**Mark (words only):** GOURMET THINS

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2005-08-02

**Filing Date:** 1984-04-05

**Transformed into a National Application:** No

**Registration Date:** 1985-06-04

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2008-06-03

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. STABBURET A/S

**Address:**
STABBURET A/S
P.O. BOX 711
POLBOTN 1411
Norway
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Norway

---

### GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Exhibit 18 000104
8/26/2009

Crisp Bread
**Basis:** 1(a)
**First Use Date:** 1983-12-20
**First Use in Commerce Date:** 1983-12-20

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-06-03 - Case File In TICRS

2005-08-02 - First renewal 10 year

2005-08-02 - Section 8 (10-year) accepted/ Section 9 granted

2005-08-02 - Assigned To Paralegal

2005-06-06 - Combined Section 8 (10-year)/Section 9 filed

2005-06-06 - PAPER RECEIVED

2005-06-02 - TEAS Change Of Correspondence Received

1992-05-15 - Section 8 (6-year) accepted & Section 15 acknowledged

1992-04-13 - Response received for Post Registration action

1991-10-29 - Post Registration action mailed Section 8 & 15

1991-05-31 - Section 8 (6-year) and Section 15 Filed

1985-06-04 - Registered - Principal Register

1985-03-26 - Published for opposition

1985-03-13 - Notice of publication

1985-02-17 - Notice of publication

1985-01-24 - Approved for Pub - Principal Register (Initial exam)

1984-12-31 - Communication received from applicant

1984-09-20 - Non-final action mailed

1984-08-27 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
FRANK S. HISCOX

**Correspondent**
FRANK S. HISCOX
DORSEY & WHITNEY LLP
850 HANSEN WAY, SUITE 200
PALO ALTO CA 94304-1017
Phone Number: (650) 494-8700
Fax Number: (650) 494-8771

**Domestic Representative**
G. Kendall Parmelee

Exhibit 18 000106
8/26/2009

**RODRIGUEZ
EXHIBIT 19**

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2009-08-26 17:48:57 ET

**Serial Number:** 77485970 Assignment Information          Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

# THINNY THIN THINS

**(words only):** THINNY THIN THINS

**Standard Character claim:** Yes

**Current Status:** Opposition period completed, a Notice of Allowance has been issued.

**Date of Status:** 2009-04-14

**Filing Date:** 2008-05-29

**The Notice of Allowance Date is:** 2009-04-14

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**Attorney Assigned:**
CLYBURN CARLA DIONNE

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2009-04-14

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Silver Palate Kitchens, Inc.

**Address:**

Exhibit 19 000107
8/26/2009

Silver Palate Kitchens, Inc.
P.O. Box 512 300 Knickerbocker Road
Cresskill, NJ 07626
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New Jersey

---

### GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active
Crackers
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

### ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

### MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2009-04-14 - Noa Mailed - SOU Required From Applicant

2009-02-17 - PAPER RECEIVED

2009-03-03 - TTAB Release Case To Trademarks

2009-03-03 - Opposition terminated for Proceeding

2009-03-03 - Opposition dismissed for Proceeding

2008-11-24 - Opposition instituted for Proceeding

2008-11-24 - Opposition papers filed

2008-10-28 - Published for opposition

2008-10-08 - Notice of publication

2008-09-24 - Law Office Publication Review Completed

Exhibit 19 000108
8/26/2009

2008-09-24 - Assigned To LIE

2008-09-16 - Examiner's amendment mailed

2008-09-15 - Approved for Pub - Principal Register (Initial exam)

2008-09-15 - Examiner's Amendment Entered

2008-09-15 - Examiners Amendment -Written

2008-09-11 - Assigned To Examiner

2008-06-03 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
John L. Ambrogi

**Correspondent**
John L. Ambrogi
Welsh & Katz, Ltd.
120 S Riverside Plaza 22nd Floor
Chicago, IL 60606-3912
Phone Number: 312-655-1500
Fax Number: 312-655-1501

---

Exhibit 19 000109
8/26/2009



## New! Askinosie Chocolates

Two weeks ago at the Fancy Food Show in New York City we found two delectable chocolates. Askinosie is an eponymous hand-made rustic line that also sources their own cacao. The texture is similar to that of Taza, but with some interesting packaging and flavors. Their white chocolate, made with goat's milk, is the best white chocolate we've ever had.



## New! Pralus Chocolates

This is a second-generation maker from France. Pure decadence for the dark chocolate lover. Pralus also concentrates on single-origin chocolates from around the globe (cacao, just like coffee, grows only in Equatorial areas). Varieties include the Madagascar, Venezuela, 100% (best seller which has no sugar!), milk, and Ghana (our favorite). The guy is such a purist, he will not even use vanilla in his chocolate, so the flavors of the cacao come across un-muted. This is one of the best dark chocolates we've ever had. We also have tubes of chocolate hazelnut paste (Nutella for grownups, basically) which is great for desserts or coffee.



## New! The Silver Palate Grain Berry Thinny-Thin Thins

Previously, the name Silver Palate Kitchens stood for elegant quality products found on Manhattan's Upper West Side. Now it also means cuisine for better nutrition and health. Grain Berry Thinny-**Thin Thins con**tain special bran with powerful antioxidant activity. Grain Berry is higher in antioxidants than other grains, and even has more ORAC than many berries. We found these delicious crackers at the Fancy Food Show in NYC. We hope you like them as much as we do! $3.99 • save 60¢ with Club DLM card through Tuesday, July 28.

Exhibit 19 000110

**RODRIGUEZ**
**EXHIBIT 20**

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2009-08-26 17:49:38 ET

**Serial Number:** 77775827 Assignment Information          Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

# CrispiThins

**(words only):** CRISPITHINS

**Standard Character claim:** No

**Current Status:** Newly filed application, not yet assigned to an examining attorney.

**Date of Status:** 2009-07-15

**Filing Date:** 2009-07-07

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 042 -New Application Processing

**Date In Location:** 2009-07-15

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Miller Chapman LLC

**DBA/AKA/TA/Formerly:** DBA Polka Dot Bake Shop
**Address:**
Miller Chapman LLC
1730 E. Woodlawn Road, Suite H
Charlotte, NC 28209
United States
**Legal Entity Type:** Limited Liability Company
**State or Country Where Organized:** North Carolina
**Phone Number:** 7045235001
**Fax Number:** 7049430712

---

## GOODS AND/OR SERVICES

---

**International Class:** 030
**Class Status:** Active
Cookies and crackers; Corn-based snack foods; Crackers; Food package combinations consisting primarily of bread, crackers and/or cookies; Grain-based snack foods; Rice crackers; Rice-based snack foods
**Basis:** 1(a)
**First Use Date:** 2009-03-01
**First Use in Commerce Date:** 2009-05-01

---

## ADDITIONAL INFORMATION

---

**Color(s) Claimed:** The color(s) brown is/are claimed as a feature of the mark.

**Description of Mark:** The mark consists of the word CrispiThins, with a capital C and capital T, all one word, in Breughel-T font.

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2009-07-11 - Notice Of Pseudo Mark Mailed

2009-07-10 - New Application Office Supplied Data Entered In Tram

2009-07-10 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Correspondent**

Exhibit 20 000112
8/26/2009

MILLER CHAPMAN LLC
MILLER CHAPMAN LLC
1730 E WOODLAWN RD STE H
CHARLOTTE, NC 28209-2236
Phone Number: 7045235001
Fax Number: 7049430712

Exhibit 20 000113
8/26/2009

Home

What's New

Cupcakes

Cookies

Photo Gallery

CrispiThins

Orders, Pricing and
Delivery

Store Info

Wholesale

## Welcome.....

....to Polka Dot Bake Shop. We are a gourmet bakery specializing in unique sweets and savory treats.  After starting out with our retail line of sweets, we have recently expanded our offerings to include a line of savory crackers call CrispiThins.

Step inside our bakery and you are greeted with the smells of homemade goodness.  All of our products are baked daily, from scratch and by hand, using all natural ingredients.  Our baked goods contain no preservatives or trans fats.

Please let us help you connect the "dots" for all of your sweet and savory needs.

 

1730 E. Woodlawn Road, Suite H Charlotte, NC 28209 Phone: 704.523.5001 Fax: 704.943.0712 info@polkadotb



Exhibit 20 000114
8/20/2009

**RODRIGUEZ
EXHIBIT 21**



Exhibit 21 000115

**RODRIGUEZ
EXHIBIT 22**



Exhibit 22 000116



Exhibit 22 000117



Exhibit 22 000118

**RODRIGUEZ**
**EXHIBIT 23**



Exhibit 23 000119

**RODRIGUEZ**
**EXHIBIT 24**



Exhibit 24 000120



Exhibit 24 000121

**RODRIGUEZ
EXHIBIT 25**

99¢

MAKING GREAT PRETZELS SINCE 1917!

ROLD GOLD

★ PRETZELS ★   BRAND

GUARANTEED FRESH

★ CLASSIC STYLE ★

THINS

PRETZELS

Exhibit 25 000122