# RODRIGUEZ EXHIBITS 26-39

**RODRIGUEZ
EXHIBIT 26**



Exhibit 26 000123

**RODRIGUEZ
EXHIBIT 27**



Exhibit 27 000124

**RODRIGUEZ
EXHIBIT 28**

Hello. Sign in to get personalized recommendations. New customer? Start here.

FREE 2-Day Shipping on college essentials
Sponsored by Canon Printers

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Your Account | Help

Shop All Departments    Search [Gourmet Food ▾]    [                    ]    Cart    Wish List

**Gourmet Food**    Brand Directory | Seller Directory | Bestsellers | Chocolate | Cheese | Meat & Seafood | Coffee & Tea | Gifts & Seasonal | On Sale Now

This item is not eligible for Amazon Prime when purchased from Brand Variety. See more buying choices



## Back to Nature 0759283-10003-3 Rice Thins - White Cheddar - 3 Pack

Other products by Back to Nature
No customer reviews yet. Be the first.

---

Price: **$9.99**

**In Stock.**
Ships from and sold by **Brand Variety**.

Only 3 left in stock--order soon.

**$9.99** + $9.95 shipping

In Stock. Ships from and sold by
**Brand Variety**

**Quantity:** [1 ▾]

**or**

Sign in to turn on 1-Click ordering.

Share with Friends

Share your own customer images

---

## Product Specifications

Brand Name:                          Back to Nature

---

## Legal Disclaimer

Actual product packaging and materials may contain more and different information than what is shown on our website. We recommend that you do not rely solely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. Please

Exhibit 28  000125

**RODRIGUEZ**
**EXHIBIT 29**



SKY: sapphire

Border Salsa con Queso!

Real Monterey Jack cheese sauce, a perfect blend of savory spices, tomatoes, and four types of peppers.

**Buy Now**

Wednesday 26 August, 2009

My Account  |  Cart C

Homepage
Online Store
About Truco ▽
Online Recipes ▽
Product Info ▽
FAQ's
Nutritional Info
Press Room
Buckethead Club ▽
Store Locator
Site Map
Contact Us

En Espanol (Spanish)



Product Details

# OTB Cantina Thins Tortilla Chips (4/cs)
[123211101208]

**$10.60**

OTB Cantina Thins Tortilla Chips

Now with 0g Trans-Fat! You will be more than pleasantly surprised with On The Border's new, thin, white corn, Cantina Thins! Get ready to dive into the most authentic flavored, cantina style chip.

On The Border's process starts with choosing select, whole-kernel white corn, then cooking it in large kettles until tender. The softened corn is then stone ground into a fine proprietary blended masa, which is pressed into authentic ultra-thin white corn tortillas. The tortillas are lightly baked in special ovens and are allowed to 'rest' for several hours, while being monitored for moisture and texture development. Once the resting process is completed, the finished tortillas are hand-cut into irregular triangles. The 'precut' triangles are quickly fried until light and crispy. Celebrate with Quality and enjoy the best thin, white corn, tortilla chip this side of the border! Low Sodium, No Artificial Colors or Flavors, No Preservatives and No Cholesterol. Case of 4 OTB 11oz Cantina Thins Tortilla Chip Bags. Case Weight - 5 lbs.

Click to enlarge

On T

B
M

Use
produ
Ad

This product contains the following items:

&raquo; 4 x OTB 11oz Cantina Thins Tortilla Chips - Single

For Nutritional Information on this product Click Here.



**Reviews**                    **Add To Cart**

Customers who bought this product also purchased







OTB Mild Salsa - Case of 6     OTB Cafe Style Tortilla Chips (4/cs)     OTB Medium Salsa - Case of 6     OTB M

Tell som

**RODRIGUEZ**
**EXHIBIT 30**

Sign in »        Shopping Cart

FRAN'S STORY | RETAIL LOCATIONS | NEWS & EVENTS | CUSTOMER SERVICE

search products



{ chocolate thins & cookies }

Versatile and sophisticated, our Chocolate Thins are wonderful when paired with espresso or dessert wine. Drenched in dark chocolate, our delicious all butter shortbread cookies are made from scratch and enhanced with natural Washington State Yakima Valley peppermint. **View All Items in Chocolate Thins & Cookies »**



**10pc Gray Salt Thins - #261020**
Try our NEW thin! Gray sea salt is the perfect compliment to our 56% blend featuring Venezuelan and Caribbean dark chocolate. (1.5oz)

$5.00

Quantity: 1    Add To Cart »

Exhibit 30 000127
8/28/2009

Case 3:09-cv-01187-DMS-WVG   Document 14-7   Filed 08/31/09   Page 12 of 36



**Caramels**
**Truffle Collection**
**Fruit & Nuts**
**◆►Bars◄◆**
Gold Bars & GoldBites
Chocolate Thins & Cookies
Pure Chocolate Bars
Baking Bars
Cookbook

**Luxury Gifts**
**Seasonal**
**Sauce & Hot Chocolate**
**Gift Baskets**
**Cookbook**
**Corporate Gifts**
**Wedding & Event Favors**

© 2009 Fran's Chocolates. All rights reserved.

**10pc Bittersweet Thins - #260010**                                $5.00
For the perfect blend of bitter and sweet, immerse     Quantity: [ 1 ]   [ Add To Cart » ]
yourself in these sophisticated squares of 72%
single origin Ecuadorian chocolate. (1.5oz)

10 Bittersweet Chocolate Thins

**10pc Semisweet Mint Thins - #261010**                             $5.00
65% single origin Venezuelan chocolate is infused      Quantity: [ 1 ]   [ Add To Cart » ]
with locally grown peppermint for a refreshing treat
anytime. (1.5oz)

10 Semisweet Mint Thins

**10 Mint Cookie Fixation Gift Box - #630010**                     $22.50
Ten individually wrapped mint cookies are hand-        Quantity: [ 1 ]   [ Add To Cart » ]
packed in a clear box and tied with a brown satin
ribbon. (15oz)

10 Mint Chocolate Fixations

Shipping Information | Terms of Use | Privacy Policy | Contact Us

**RODRIGUEZ
EXHIBIT 31**



 Not just Gluten Free... **GlutenSmart** 

View Cart

| Shop by Brand Name: | -- select -- | Shop by Keyword: | GO |

FREE SHIPPING COUPON Until Aug 30 use "summer" for FREE UPS Ground Shipping on $100+ Orders

 LIVE HELP Back shortly Leave us a message Send

BACK TO SCHOOL GLUTEN FREE SPECIAL
FREE SHIPPING COUPON FOR $100+ ORDERS:
use code "summer" for FREE UPS Ground Shipping on $100+ Orders.

**Shop by Category**

- New @ GlutenSmart.com
- Gluten Free Foods
- Gluten-Free Gift Baskets
- Shop by Brand Name
- Protein Bars & Powders
- Books and Cookbooks
- Vitamins & Supplements
- Kosher Products
- Low Carb & Gluten Free
- Casein Free & Gluten Free
- On Sale This Month
- Back In Stock
- Gluten Free Kids
- Gift Certificates
- Gluten Free Clearance Items Guaranteed Fresh by GlutenSmart

**Other Store Links**

- August 2009 Coupons
- Gluten Free News & Info
- Customer Service
- Subscribe
- Affiliate Program
- Register

**Newsletter Sign Up**

○ remove
○ subscribe

Email Address:

Enter Email



**Andrew's Top Sellers**

1  PureFit Gluten Free Protein Bars
2  Think Thin Low Carb Protein Bars

Home > Kosher Products > Real Foods Organic Corn Thins

Real Foods Organic Corn Thins



🔍 click to enlarge

**Quantity Pricing!**
| 1 - 11 | $3.49 ea. |
| 12 + | $3.29 ea. |

**Real Foods Organic Corn Thins**

| Item # | cornthins |
| Rating | Rate this item |
| Regular Price | $3.99 |
| Sale Price | $3.49 - You Save $0.50 (13%) |
| Availability | Usually ships the next business day. |
| flavor | ● Original    ○ Sesame |
| | ○ Flax and Soy    ○ Multigrain |
| Enter Quantity | 1 |

If you do not see a flavor or item listed above, it is **Out Of Stock**. When it is back in stock it will be listed again.

SEND PAGE TO A FRIEND       ADD TO CART

real foods original corn thins. Real food corn thins organic.

Real Foods corn thins are a deliciously healthy crispbread made from popped corn using a great recipe for maximum flavor and crunch. Corn Thins taste sensational on their own or with any of your favorite toppings.

High in fiber with no added sugar, Corn Thins are made with all natural ingredients and have no artificial flavors, no artificial colors and no preservatives.

Cornthins are a great substitute for bread and can be topped with anything you would normally have on a sandwich. This can range from peanut butter to ham and cheese, or something a little more fancy like smoked salmon with cream cheese. You will also find more mouth watering serving ideas on the back of the pack of each Corn Thins variety.

- Gluten Free
- Fat Free
- GMO Free


**Our Customers Say . .**
*From LowCarbChocolates.com:*

"

**Rating: Excellent**
*The chocolate bars are DELICIOUS!! I could hardly believe my taste buds earlier this evening when I sampled each of the bars in my sample package. I liked some better than others but overall, they were quite wonderful...I just can't believe how wonderful the Supreme Delight bar is. Thanks, - Charity*

"

Exhibit 31 000129
8/20/2009

Corn Thins



Home   Corn Thins   Recipe Ideas   What's New   Availability   Company Info   FAQs
Contact Us

### Corn Thins

Want to know more about the all natural Corn Thins range? Click here for more information on our products.

### New from Real Foods

What's new from Real Foods? Click here to read about our latest news.

### About Real Foods / Contact Us

Want to learn more about Real Foods and the company's commitment to bringing you healthy all natural products?

## Welcome to Real Foods the home of Corn Thins

Corn Thins are a **deliciously healthy** crispbread made from popped corn using a great recipe for maximum **flavour** and **crunch**.



Corn Thins **taste sensational** on their own or with any of your favourite toppings. **High in fibre** with **no added sugar**, Corn Thins are made with **all natural  ingredients** and have **no artificial flavours**, **no artificial colours** and **no preservatives**.

### Recipe Ideas

Looking for some delicious topping ideas that are perfect for your Corn Thins? Here are some scrumptious suggestions.

### International Availability

Don't live in Australia and are hungry for Corn Thins? Find out where they're sold in your country.

### FAQs

All you need to know and much more!

Designed by 

Exhibit 31 000130

RICE THINS vitamins and Herbs.

Log In | Log Out | My Account | Cart

Serving Customers Online Over 12.5 Years!

Free shipping on orders over $100!!*

Home | Vitamins | Herbs | Manufacture List | Natures Life | Affiliate

Type your search here    Sea

# RICE THINS,

**Similar vitamins to RICE THINS**
**General Information and datasheet (Real Foods)**

Itemnumber: **69008-1**

Manufacturer: **Real Foods**

Category: **CHIPS & PRETZELS**

Description: **RICE THINS**

UPC: 6-71959-00005-4

Size: Case of 12 / 5.3 OZ

Suggested Retail: $ 3.19 x 12

Discount: **10% OFF MSRP**

Our Price: $ 34.45



**For in-Store Purchase only***

Have Questions Please Email Email Rep! !

Shop by

Guara

Gla

Catalog
A  B  C  D
K  L  M
T

Favorite

Acti

N
Premi

Source

Plane

### Similar products to RICE THINS!
... More similar items ...

| | |
|---|---|
| 1. 44648-4 | 2. 58409-4 |
| • **RICE THINS,SESAME GINGER** Back To Nature (Organic Milling) 4 OZ | • **RICE THINS,TOMATO HERB** Back To Nature (Organic Milling) 4 OZ |
| $ 34.45 10% OFF MSRP | $ 34.45 10% OFF MSRP |
| 3. 44647-6 | 4. 19268-2 |

Exhibit 31 000131

8/20/2009



- **RICE THINS,WHITE CHEDDAR** Back To Nature (Organic Milling) 4 OZ

$ 34.45
10% OFF MSRP

- **RICE THINS,NO SALT** Holgrain 4.5 OZ

$ 42.01
10% OFF MSRP

5. 69008-1

- **RICE THINS** Real Foods 5.3 OZ

$ 34.45
10% OFF MSRP

6. 29432-2

- **RICE THINS,BROWN RICE** Sesmark Foods Inc 3.5 OZ

$ 27.97
10% OFF MSRP

7. 29436-3

- **RICE THINS,ORIGINAL** Sesmark Foods Inc 4.25 OZ

$ 27.97
10% OFF MSRP

**Find more Real Foods RICE THINS**

## General Information and datasheet (Real Foods)

The Wholegrain Rice Thins taste amazing!  Their smooth texture
makes it very easy to spread on a great topping.  They are made
by popping grains of whole brown rice in a high temperature.
This leaves them with the natural flavor of wholegrain brown
rice, and they are perfectly crispy and thin.

Product
Attributes:
- made with all natural ingredients
- contains no
artificial colors or
  preservatives
- gluten free
- GMO
free
- contains 4% of daily fibre

Ingredients:
WHOLEGRAIN
BROWN RICE (99%)
SUNFLOWER OIL

Exhibit 31 000132
8/20/2009

Corn Thins



*Uncompromised Natural Enjoyment*

**REAL FOODS** SINCE 1980

Home   **Corn Thins**   Recipe Ideas   What's New   Availability   Company Info   FAQs
Contact Us

- Original
- Cracked Pepper & Lemon
- Soy & Linseed (Flax & Soy)
- Multigrain
- Sesame
- Rye & Caraway
- Rice Thins
-
- Tasty Cheese Flavoured
- Sour Cream & Chives Flavoured
- Feta & Sundried Tomato Flavoured
-
- Making Corn Thins

## Wholegrain Rice Thins



Wholegrain Rice Thins are a great tasting wholegrain crispbread with a smooth texture that makes them easier to spread, and a subtle and delicate flavour that combines so well with your favourite spread or topping. Our Rice Thins are made simply by popping grains of whole brown rice under high temperature, to give the real taste and wholegrain goodness of brown rice in every crispy thin slice.

- Made with all natural ingredients
- Free from artificial colours and preservatives
- Gluten free
- GMO free
- Contain 4% dietary fibre

### Ingredients

Discover how natural & healthy the ingredients are in this flavour of Corn Thins.

### Nutrition Information



Click here for the nutritional information of this flavour of Corn Thins.

### International Packaging

Select your country to view relevant packaging.

Designed by **Purple Goat Design**

Exhibit 31 000133

**RODRIGUEZ
EXHIBIT 32**

Buy Kosher Passover Baking Products & Food Specialties, Potato Thins, Bulk Nuts, Bulk Candy, Bulk Chocolate, Dried Fruit, Bulk Pece

Retail Stores    FAQs    Abou



**888.664.6887**
Premium Quality Nuts, Dried Fruit,
Candy & Chocolate

McAfee SECURE
TESTED DAILY    20-AUG

Cart: **Your cart is empty**    Welco
Sign in

View Cart    Checkout

Search ▶    Nuts    Dried Fruit    Candy    Chocolat

Candy by Color    Brands    Occasions    Sugar Free

**By The Pound**

Nuts & Seeds
Dried Fruit
Candy
Chocolate
Snack Mixes & Granola
Gourmet Coffee
Ice Cream & Ice Pops

**Occasions**

Wedding
New Baby
Birthday
Anniversary
Camp Care Packages
*More Occasions*

**Gifts**

Gift Baskets by Type
Special Occasions
Gift Baskets in Israel
Corporate Gift Baskets

**Holidays**

Rosh Hashanah Gifts
Hanukkah Gifts
Christmas Candy & Gift Baskets
July 4th Patriotic Candy
*All Holidays*

**More**

Candy by Color
Candy by Brand
Party Favorites
Sugar Free
Kids Candy Corner

Oh! Nuts  ◇  Passover Gift Baskets - Candy Chocolate & Nuts  ◇  Kosher for Passover Cake & Cookies  ◇  Passover Baking Products & Food Specialties

◇ Passover Cookies

# Potato Thins
## Like a Rice Cake





Shipping Info

**Potato Thins**
**Item Number:** 84285P
**Price:** $5.49
Kosher for Passover

✉ Email to Friend

ShareThis

Net Weight: 3.5 oz

**This item is currently out of stock
and is not available for purchase.**

Customer Reviews

(0 Ratings)

Write a Review

**Kosher Certification:**
Product package bears reliable kosher certification.

Kosher for Passover

We pride ourselves by bringing you the best quality Potato Thins • Passover Baking Products & Foo
Passover Baking Products & Food Specialties at the most reasonable price.

Our Potato Thins • Passover Baking Products & Food Specialties • Passover Baking Products & Food
kosher, as well as All our nut candy chocolate and gift items are kosher under rabbinical supervisic

**RODRIGUEZ
EXHIBIT 33**



Exhibit 33 000135

**RODRIGUEZ
EXHIBIT 34**



- TYPETIVE HOME
- FAST FICTION
- PLAYWRIGHT
- CANDY FORUMS

# CANDYBLOG

THURSDAY, MAY 22, 2008

Meticulously photographed and documented review candy from around world. And the occasional other s adventures. Open mouth, expand you mind.

## Roca Buttercrunch Thins

I knew the Roca Buttercrunch Thins were coming out, but I still haven't seen them in stores. There are four varieties, milk chocolate, 60% dark, dark truffle & caramel truffle. Luckily I got this sample box of the **60% Cacao Roca Buttercrunch Thins** from All Candy Expo (the one that I was most interested in!).



While I love the toffee center of Almond Roca (and the Mocha Roca), I'm not fond of the greasy mockolate coating and messy crushed almonds. (Yes, I sometimes scrape them off and just eat the center.) Isn't it nice that Brown & Haley finally recognized that they can use better ingredients.

The 2.8 ounce box holds 8 pieces, each in their own little slot in a divided tray. It's about the size of a VHS box (maybe a little thinner), but it seems like a lot of packaging and protection for what are probably pretty durable little candies.

The initial description of them as Thins was intriguing, I was picturing little toffee tiles like Valerie Confections sells. Instead I saw a post on Chocolate Traveler that showed that these are little sticks, which is fine with me.



The smell like toasted nuts, burnt sugar and dark chocolate. The dark chocolate coating, in my case, was slightly bloomed (and I blame myself for that, as it started to get absurdly hot in Los Angeles and didn't follow my own precautions). The texture was just fine though. (And the last two got really

### ABOUT

Candy Blog Home
About Candy Blog
Candy Blog Masthead
Advertise on Candy Blog
In the Press
Review Policy
Candy News
Candy Recipes
FDA: Keep it Real
Frequently Asked Questions
Photo Studio Set Up
Follow Me on Twitter
Become a fan on Facebook

### FEATURED NEW

**Sweet Earth Choco
Name:** Fair Trade O
Chocolates Place Pi
(San Luis Obispo) P
Calories per ounce:
Chocolate/Nuts/Coft
(more)

**Candy Source: Sw
Sweet Offerings in C
candies to suit most
collection of gummis
end chocolate bars :
Pixy Stix. (more)

**Robitaille's Preside
Name:** Inauguration
Turtles Brand: Robit
Purchased: Robitaill
4 ounces & ~2 ounc
unknown Type: Whi
Chocolate/Chocolate
(more)

Exhibit 34 000136
8/20/2009

bloomed, so I know what bloomed chocolate is in this case.)

FEEDS

Subscribe to candy blog
Subscribe in a reader

SEARCH

Enter search term

GO ›

CONTACT

typetive@gmail.com
Here are some frequently
asked questions emailed to
me you might want to read
first.

EMAIL DIGEST

For a daily update of
Candy Blog reviews,
enter your email
address:

Subscribe

Delivered by FeedBurner

CANDY RATINGS

⑩ SUPERB
⑨ YUMMY
⑧ TASTY
⑦ WORTH IT
⑥ TEMPTING
⑤ PLEASANT
④ BENIGN
③ UNAPPEALING
② APPALLING
① INEDIBLE

I love the Roca toffee, it's crispy and buttery at the same time. It has wonderfully complex burnt sugar flavors and the added nutty bits of almonds. The dark chocolate was also a smooth and creamy, adding a little more dimension with its own dark palate of flavors.

While I consider this a very successful confection, I find the packaging a little overdone. Does it really need to have both the fold over flap (hand purse style) box, plus the tray? The whole thing is then overwrapped in cellophane.

The price point, as far as I can tell from the Brown & Haley website is $3.95 a box, which puts it at over $22 per pound. For that price I'd either go up a notch and have some Carey's of Oregon, Poco Dolce or Valerie Confections, or go down a notch and have a Heath Bar (why oh, why won't they make them in dark chocolate?).

## Related Candies

1. Sconza 70% Dark Chocolate Toffee Almonds
2. Shaymee's Toffee
3. Valerie Toffees & Nougats
4. Enstrom's Toffee
5. The Rocas

| | | RATING: | |
|---|---|---|---|
| NAME: | Roca Buttercrunch Thins: 60% Cacao | ⑩ SUPERB | |
| | | ⑨ YUMMY | |
| BRAND: | Brown & Haley | ⑧ TASTY | |
| PLACE PURCHASED: | sample from All Candy Expo | ⑦ WORTH IT | |
| | | ⑥ TEMPTING | |
| PRICE: | $3.95 retail | ⑤ PLEASANT | |
| SIZE: | 2.8 ounces | ④ BENIGN | |
| CALORIES PER OUNCE: | 150 | ③ UNAPPEALING | |
| | | ② APPALLING | |
| CATEGORIES: | Chocolate, Toffee, Nuts, United States, Brown & Haley, Kosher | ① INEDIBLE | |

POSTED BY CYBELE AT 6:57 AM



## Comments

1. Thanks for the report.  Like I said, I saw these at the store a month or two ago, but didn't buy them.  $3.99 seems high - but I think they were $1.99 at Winco.  And...that very un "green" packaging is absurd.  I almost don't want to buy them for that reason alone.  But they sound like a winner, other than that.
   Yeah, what gives with Hershey's refusal to offer Heath or Skor in dark chocolate?  Although, if they did, it would obviously be the fake dark chocoate as seen in the Kiss, Reeses, etc.  But still, would it kill them?

COPYRIGHT NO

All content (text an
credited) is copyri
  Please do not use
  directly from me, th
  preparation for thes
  other purposes.
Design by Hop St
Expression Engin

COUNTDOWN
Exhibit 34 000137   8/20/2009

**RODRIGUEZ**
**EXHIBIT 35**



:knowledgements   Latest   Search   Download

Username [        ]   Password [        ]   [ Login ]

**1 barcode scanner**

Adobe Flash Player Settings
Camera and Microphone Access
en.barcodepedia.com is requesting access to your camera and microphone. If you click Allow, you can be recorded.

[ Allow ]   [ Deny ]

barcodepedia.com

**barcode**

[        ]   [ Lookup ]

ead our about section for practical
tion and license agreements.

# SnackWell's Potato Thins / Garden Tomato

Produced in USA or Canada by Christie Brown & Co.

**Gluten Free Potato Chips**
All natural, gluten free chips Unsurpassed quality & taste!
V V

**Doritos® Official Site**
Snack Strong Productions brings you Blink 182 & Big Boi - Late Night.

Ads by Goo;

**Container or wrapping**
150g

**UPCA - 066721017574**

edit t

Originally created by upcdatabase.com

This page in other languages.
English Dansk Suomi Deutsch Nederlands Francais Polski ???????

Exhibit 35 000138
8/20/2009

**RODRIGUEZ
EXHIBIT 36**

Back

Snacks / Cookies

**Karen's**
Cookies - Cinnamon Thins

4.75 oz

SKU/UPC: 714987030973



$0.73/oz        **$3.45**        Buy    Save
Per Unit        Price

Content Disclaimer and terms

No additional information available for this product.

**RODRIGUEZ**
**EXHIBIT 37**

Product Detail - Netgrocer.com

Back

Snacks / Chips & Pretzels / Pretzels

## Herr's
Pretzel Thins

No Salt
14.00 oz

SKU/UPC: 072600002692



| $0.20/oz Per Unit | **$2.85** Price | Buy | Save |

Content Disclaimer and terms

No additional information available for this product.

Exhibit 37 000140

**RODRIGUEZ**
**EXHIBIT 38**

Back

Snacks / Chips & Pretzels / Pretzels

**Bachman**
Pretzel Thins

Fat Free
9.00 oz

SKU/UPC: 077817108700



$0.40/oz
Per Unit

**$3.59**
Price

Buy   Save

Content Disclaimer and terms

## Nutrition Facts

Serving Size 1oz
Servings Per Container 9

**Amount Per Serving**

**Calories** 110                      Calories from Fat 0

                                                    **% Daily Value\***

| | |
|---|---|
| **Total Fat** 1g | **2%** |
| Saturated Fat 0g | **0%** |
| Polyunsaturated fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 640mg | **27%** |
| **Total Carbohydrate** 22g | **7%** |
| Dietary Fiber 1g | **4%** |
| Sugars 1g | |
| **Protein** 3g | |

| | |
|---|---|
| Vitamin A | 0% |
| Vitamin C | 0% |
| Calcium | 0% |
| Iron | 0% |

\* Percent daily values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Potassium | | 3,500mg | 3,500mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |
| Protein | | 50g | 65g |

**Ingredients:** Enriched Wheat Flour (Contains Iron As

**RODRIGUEZ
EXHIBIT 39**

Eli Zabar



Home » Search » 'thins'

## Found 8 results



**E.A.T. Thins Assortment**
Another of Eli's addictive products

**$96.00**



**Sympathy Basket**
When you need to reach out to someone

**from $100.00**



**Onion Thins**
Another of Eli's addictive products

**from $32.00**



**Caraway Thins**
Another of Eli's addictive products

**from $32.00**

Eli Zabar

Sesame Thins
Another of Eli's addictive products

from $32.00

Black Pepper Thins
Another of Eli's addictive products

from $32.00

Parmesan Thins
Another of Eli's addictive products

from $32.00

Olive Rosemary Thins
Another of Eli's addictive products

from $32.00

http://elizabar.com/zabar/search.ep?categoryId=&keyWords=thins&submit=%C2%A0go%C2%A0

Exhibit 39 000143

8/28/2009