# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BBU, INC., et al., <br><br> Plaintiff, <br> vs. <br> SARA LEE CORPORATION, et al., <br><br> Defendant. | CASE NO. 09cv1787 DMS (RBB) <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Having considered all papers submitted, and all arguments made, by the parties in connection with this matter and good cause having been shown, the Plaintiff's Motion for Preliminary Injunction is hereby **GRANTED**. The Court hereby preliminarily enjoins Defendants, and each of their agents, employees, servants, officers, directors, successors in interest, heirs, assigns, and all persons, firms or corporations, acting by or under their authority, in active concert or privity or in participation with them, from:

(1) using the SANDWICH THINS and THINS marks in connection with Defendant's goods, and in connection with the marketing, offering, selling, licensing, displaying, advertising, or developing of Defendants' goods; and

(2) infringing the SANDWICH THINS mark and/or engaging in further such unlawful acts and from reaping any additional commercial advantage from the misappropriation of the rights of the Plaintiffs and all affiliated and related companies of Plaintiffs in the SANDWICH THINS mark and the registration of this mark.

1 | Plaintiffs are hereby ordered to post a bond in the amount of $1,000,000 by 12:00 p.m. (PST)
2 | on Tuesday, September 15, 2009.
3 | **IT IS SO ORDERED.**
4
5 | DATED: September 11, 2009

HON. DANA M. SABRAW
United States District Judge